
USAO#2010R00721

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. ELH 2-0158 |
| | * |
| v. | * (Distribution of Child Pornography, |
| | * 18 U.S.C. § 2252(a)(2); Receipt of Child |
| LAURENCE JOHN BODE | * Pornography, 18 U.S.C. § 2252(a)(2); |
| | * Possession of Child Pornography, |
| Defendant | * 18 U.S.C. § 2252(a)(4)(B); Forfeiture, |
| | * 18 U.S.C. § 2253) |

*******

## INDICTMENT

## COUNT ONE
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about January 21, 2010, in the District of Maryland, the defendant,

## LAURENCE JOHN BODE,

did knowingly distribute any visual depiction using any means and facility of interstate and

foreign commerce, and that had been mailed, shipped and transported in and affecting interstate

and foreign commerce, and which contained materials which had been so mailed, shipped and

transported, by any means including by computer, and knowingly reproduces any visual depiction

for distribution using any means and facility of interstate and foreign commerce and in and

affecting interstate and foreign commerce and through the mails, the production of which

involved the use of a minor engaged in sexually explicit conduct and such depiction being of

such conduct, that is, the defendant distributed visual depictions of minors engaging in sexually

explicit conduct, including, but not limited to, files with the following titles: "~2spal02.jpg" and

"-11 radator.jpg".

18 U.S.C. §§ 2252(a)(2)

1

## COUNT TWO
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about January 26, 2010, in the District of Maryland, the defendant,

## LAURENCE JOHN BODE,

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, and knowingly reproduces any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and through the mails, the production of which involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, that is, the defendant distributed a visual depiction of a minor engaging in sexually explicit conduct, including, but not limited to, files with the following titles: "~2spal02.jpg" and "-11 radator.jpg".

18 U.S.C. §§ 2252(a)(2)

## COUNT THREE
(Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about February 8, 2010, in the District of Maryland, the defendant,

## LAURENCE JOHN BODE,

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct and such visual depiction being of such conduct, that is, the defendant received a visual depiction on a Gateway eMachine MFATXPNT, S/N: 0029925792, with accompanying hard disk drive, which was of a minor engaging in sexually explicit conduct, including, but not limited to, a file with the following title: "rOpJjwOWuhHQ.aP5uAEIuw--_m.jpg" (FTL Evidence item number 4253), a file with "LS Island" printed on it that depicts a naked prepubescent female on a beach with her legs spread.

18 U.S.C. §§ 2252(a)(2)

## COUNT FOUR
(Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about June 2, 2010, in the District of Maryland, the defendant,

## LAURENCE JOHN BODE,

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct and such visual depiction being of such conduct, that is, the defendant received a visual depiction on a Gateway eMachine MFATXPNT, S/N: 0029925792, with accompanying hard disk drive, which was of a minor engaging in sexually explicit conduct, including, but not limited to, seven files with the following title: "AB4CDED-F9F9AFAEE555EA37D0E24FD1FA6C1E671D1053DED[1].flv" (FTK evidence item numbers 12764, 16878, 19858, 21484, 23267, 23914, and 31264), which are video files, collectively approximately 1 minute 17 seconds long, that depicts a naked minor female masturbating herself both digitally and with a red dildo.

18 U.S.C. §§ 2252(a)(2)

## COUNT FIVE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about and between January 8, 2010 and October 8, 2010, in the District of

Maryland, the defendant,

## LAURENCE JOHN BODE,

did knowingly possess and knowingly access with intent to view one or more matters which

contained any visual depiction that had been mailed, shipped and transported using any means

and facility of interstate and foreign commerce and in and affecting interstate and foreign

commerce, and which was produced using materials which had been mailed, shipped and

transported by any means, including by computer, the production of which involved the use of a

minor engaging in sexually explicit conduct, that is, the defendant did possess a Gateway

eMachine MFATXPNT, S/N: 0029925792, with accompanying Maxtor Fireball 3 hard disk drive

(s/n 2F040j0310613), that contained one or more visual depictions of minors engaged in sexually

explicit conduct, including but not limited to, files with the following titles: "thumbnail for

AD1DA44.jpg.jpg"; "thumbnail for Aullwood%20030.jpg.jpg"; "thumbnail for

B101DA1.jpg.jpg" and "thumbnail for rdscn0257.jpg.jpg".

18 U.S.C. § 2252(a)(4)(B)

## FORFEITURE

As a result of the offenses set forth in Counts One through Five, the defendant,

**LAURENCE JOHN BODE,**

shall forfeit to the United States his interest in all property, real and personal, (1) that was used,

or intended to be used, to commit or to promote the commission of the offense in Counts One

through Five, including but not limited to a Gateway eMachine MFATXPNT, S/N: 0029925792,

with accompanying Maxtor Fireball 3 hard disk drive (s/n 2F040j0310613) hard disk drive; and

any property traceable to such property, or (2) that constitutes or traceable to gross profits or

other proceeds obtained, directly or indirectly, as a result of the offenses in Counts One through

Five.

18 U.S.C. § 2253

Rod J. Rosenstein (JTM)
_____
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**

3/31/2012
_____
Date

_____
Foreperson