**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. ELH-12-0158 |
| **LAURENCE J. BODE,** | * | |

\* \* \* \* \* \* \* \* \*

**MOTION TO SUPPRESS TANGIBLE AND DERIVATIVE EVIDENCE**

The Defendant, Laurence J. Bode, through undersigned counsel, hereby respectfully moves this Honorable Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress tangible and derivative evidence obtained from unlawful searches and seizures that occurred on or about January 26, 2010 and October 8, 2010.[1]  In support of this Motion, Mr. Bode submits the attached Memorandum of Law.  Investigation is ongoing and defense counsel, therefore, reserves the right to supplement this motion as additional information becomes available.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, and to be supplemented in the Reply and at the motions hearing, Mr. Bode requests that this Court enter an Order suppressing for use as evidence all tangible and derivative evidence seized on or about January 26, 2010, as well as all tangible and derivative evidence seized pursuant to the search warrant executed at 163 Winter Harbor Drive, Ocean City, Maryland, on October 8, 2010, and for such other and further relief that this Court deems appropriate.

Mr. Bode further requests that the Court enter an Order suppressing all statements he may

---

[1] These dates are discernible from the discovery produced thus far; further investigation may reveal additional unlawful searches and seizures on other dates.

have made to law enforcement, for the reasons stated in his earlier Motion to Suppress Statements as supplemented by the Memorandum of Law accompanying this Motion.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
   for the District of Maryland

/s/_____
JULIE L.B. JOHNSON (#27746)
Staff Attorney
6411 Ivy Lane, Suite 710
Greenbelt, Maryland  20770
Tel:  (301) 344-0600
Fax:  (301) 344-0019
Email: julie_johnson@fd.org

/s/_____
EBISE BAYISA (#91857)
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland  20770
Tel:  (301) 344-0600
Fax:  (301) 344-0019
Email: ebise_bayisa@fd.org

## REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the defendant's motion.

_____/s/_____
JULIE L.B. JOHNSON
Staff Attorney