REQUESTED BY: WARCHOL, ELIZABETH T

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | PAGE  1 |
| | CASE NUMBER  LA07QR09LA0005 |

| TITLE: FREE6.COM |
|---|
| CASE STATUS:   INTERIM RPT |

| REPORT DATE 022709 | DATE ASSIGNED 120408 | PROGRAM CODE YT1 | REPORT NO. 002 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS

TOPIC: INITIAL INVESTIGATIVE STEPS TAKEN IN THIS CASE

SYNOPSIS:
While attending the 2008 Internet Crimes against Children (ICAC) Conference in Columbus, Ohio, Special Agent (SA) Neil Burdick learned that the "chat" portion of the website www.free6.com is often used by child predators to download and distribute child pornography. Shortly after this conference, SA Burdick decided to log on to www.free6.com and further investigate the "chat" portion of said website.

This Report of Investigation serves to memorialize the initial investigative steps taken in investigating the "chat" portion of the website www.free6.com.

| DISTRIBUTION: SACLA | SIGNATURE: BURDICK   NEIL   B   SPECIAL AGENT |
|---|---|
| | APPROVED: CHAVEZ   WANDA   O   SPECIAL AGENT |
| | ORIGIN OFFICE: LA LOS ANGELES, CA - SA | TELEPHONE: 562 624 4047 |
| | | TYPIST: BURDICK |

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE 2 |
|---|---|
| REPORT OF INVESTIGATION<br>CONTINUATION | CASE NUMBER LA07QR09LA0005 |
| | REPORT NUMBER: 002 |

CASE PROGRAM CODES:

YT1 Child Exploitation a   1S1 OPERATION PREDATOR   SS4 ANGEL WATCH
S1G TWISTED TRAVELER

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Bode00283

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
| --- | --- |
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER LA07QR09LA0005 |
| | REPORT NUMBER: 002 |

DETAILS OF INVESTIGATION:

While attending the 2008 Internet Crimes against Children (ICAC) Conference in Columbus, Ohio, Special Agent (SA) Neil Burdick learned that the "chat" portion of the website www.free6.com is often used by child predators to download and distribute child pornography. Shortly after this conference, SA Burdick decided to log on to www.free6.com and further investigate the "chat" portion of said website.

Sometime in late September or early October of 2008, SA Burdick began his investigation of www.free6.com. Immediately after clicking on the "chat" hyperlink from the main page of www.free6.com, SA Burdick was taken to a screen in which the prospective user of the "chat" portion of this website is prompted to choose a user name. Immediately to the right of the field where the prospective user enters his or her desired screen name, SA Burdick noticed that a set of rules for using the "chat" portion were posted by the website's administrator. These rules were posted as follows:
"Free6.com Chat rules
Posting photos, graphics or cartoons showing persons under 18 years of age is not allowed. Child pornography or other illegal material will immediately be reported to the posters local authorities. Requesting images of the above nature is not allowed. Spamming or advertising for websites or products is not allowed. Users breaking these rules will be banned. All posted pictures and conversations, public and private, are logged and supervised."

After entering a user name, SA Burdick clicked on the "Log in" hyperlink and was taken to a screen with a warning banner posted on it. The banner featured a picture of a pre-pubescent girl and the words:
"CHILD PORNOGRAPHY
BEHIND EVERY PICTURE THERE IS PAIN!
HELP US REPORT IT!
Posting photos, graphics or cartoons showing persons under 18 years of age is not allowed. Child pornography or other illegal material will immediately be reported to the posters local authorities. Requesting images of the above nature is not allowed. All posted pictures and conversations, public and private, are logged and supervised."

SA Burdick then clicked on the hyperlink marked "ACCEPT" and was allowed to access the "chat" portion of www.free6.com.

After accessing the "chat" portion of www.free6.com, SA Burdick noticed that many of the users were in fact trading child pornography. SA Burdick contacted the administrators of www.free6.com by sending an email to free6.com@domainsbyproxy.com, (the email address listed as the contact for the website www.free6.com when queried using the publicly available website

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Bode00284

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER LA07QR09LA0005 |
| | REPORT NUMBER: 002 |

www.whois.com).

On October 24, 2008, an administrator known as "Stephan" from the website www.free6.com responded to SA Burdick via email and agreed to cooperate with agents from the ICE Child Exploitation Investigations Group (CEIG) in Los Angeles, CA in an effort to rid his website of people trading child pornography. Stephan provided SA Burdick with access to the administrator's section of www.free6.com which allowed SA Burdick to access all traffic taking place in the "chat" portion of this website. SA Burdick was able to access this portion of the website using a login and password assigned to him by Stephan. Among the items readily available to administrators are: all chats a person has had on the website within a 24 hour period, all pictures posted by that person within a 24 hour period, the Internet Protocol (IP) address of the person who posted the words or pictures, and a time stamp indicating the exact time that the picture or words were posted by a specific person.

AGENT'S NOTE: Although SA Burdick was able to see all chats and pictures posted by a user within a 24 hour period, at no time were chats or pictures intercepted in real time. All chats and pictures SA Burdick had access to had to first be logged and recorded by the website's administrators.

On February 11, 2009, Assistant United States Attorney Joey Blanch emailed SA Burdick and asked if he could ask the website's administrators if they would add the line, "Free6 may disclose these communications to the authorities at its discretion" to the warning banner of the "chat" portion of www.free6.com. On February 12, 2009, SA Burdick emailed Stephan and asked him to add this line to the warning banner.

On February 13, 2009, SA Burdick once again visited the "chat" portion of www.free6.com and noticed that the aforementioned warning banner featuring the picture of the pre-pubescent girl had been changed. The banner now read:
"CHILD PORNOGRAPHY
BEHIND EVERY PICTURE THERE IS PAIN!
HELP US REPORT IT!
Posting photos, graphics or cartoons showing persons under 18 years of age is not allowed. Child pornography or other illegal material will immediately be reported to the posters local authorities. Requesting images of the above nature is not allowed. All posted pictures and conversations, public and private, are logged and supervised. Free6.com may disclose these communications to the authorities at its discretion."

Agents assigned to the Child Exploitation Investigations Group will continue to monitor the "chat" portion of www.free6.com for further violations of federal law.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 5 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER LA07QR09LA0005 |
| | REPORT NUMBER: 002 |

The investigation continues.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.