**From:** Burdick, Neil B
**Sent:** Monday, October 06, 2008 5:12 PM
**To:** 'free6.com@domainsbyproxy.com'
**Subject:** Reporting Child Sexual Abuse Images

I am looking for contact information for the person who monitors the chat portion of your website for child pornography. Your website claims that it reports child sexual abuse images to authorities. I have seen numerous postings of child pornography and would like to receive reports about the people in the United States who are doing this. I have no interest in investigating your website, only the people in the United States that are posting these images. I would prefer to deal directly with a representative from free6.com and not deal with domainsbyproxy.com as they have been quite unhelpful.

Please respond as soon as possible and thank you,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA

**From:** stefan@free6.com
**Sent:** Monday, October 13, 2008 8:04 AM
**To:** Burdick, Neil B
**Subject:** Re: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

Hello Neil,

Thanks for your e-mail.

What we can do for you is to provide you with a log in and password to our administrator area.
In there you will be able to search by username and see every post that user has made in the chat (including "private" messages and pictures) also time and IP number of the users will be available.

I will get back to you in a day or two with login details. Please feel free to contact me again if there is anything else that we can do to assist you. We are as much against child pornography as you are and will be happy to assist.


Regards Stefan



----- Original Message -----
**From:** emailservice@domainsbyproxy.com
**To:** stefan@free6.com
**Sent:** Tuesday, October 07, 2008 7:11 AM
**Subject:** FWD: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

I am looking for contact information for the person who monitors the chat portion of your website for child pornography. Your website claims that it reports child sexual abuse images to authorities. I have seen numerous postings of child pornography and would like to receive reports about the people in the United States who are doing this. I have no interest in investigating your website, only the people in the United States that are posting these images. I would prefer to deal directly with a representative from free6.com and not deal with domainsbyproxy.com as they have been quite unhelpful.

Please respond as soon as possible and thank you,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA

**From:** Burdick, Neil B
**Sent:** Tuesday, October 14, 2008 2:04 PM
**To:** 'stefan@free6.com'
**Subject:** RE: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

Sir,

That would be absolutely fantastic! I thank you for your willingness to help and look forward to working with you.

All the best,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA

---

**From:** stefan@free6.com [mailto:stefan@free6.com]
**Sent:** Monday, October 13, 2008 8:04 AM
**To:** Burdick, Neil B
**Subject:** Re: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

Hello Neil,

Thanks for your e-mail.

What we can do for you is to provide you with a log in and password to our administrator area.
In there you will be able to search by username and see every post that user has made in the chat (including "private" messages and pictures) also time and IP number of the users will be available.

I will get back to you in a day or two with login details. Please feel free to contact me again if there is anything else that we can do to assist you. We are as much against child pornography as you are and will be happy to assist.

Regards Stefan

----- Original Message -----
**From:** emailservice@domainsbyproxy.com
**To:** stefan@free6.com
**Sent:** Tuesday, October 07, 2008 7:11 AM
**Subject:** FWD: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

I am looking for contact information for the person who monitors the chat portion of your website for child pornography. Your website claims that it reports child sexual abuse images to authorities. I have seen numerous postings of child pornography and would like to receive reports about the people in the United States who are doing this. I have no interest in investigating your website, only the people in the United States that are posting these images. I would prefer to deal directly with a representative from free6.com and not deal with domainsbyproxy.com as they have been quite unhelpful.

Please respond as soon as possible and thank you,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA

**From:** Burdick, Neil B
**Sent:** Wednesday, October 22, 2008 10:16 AM
**To:** 'stefan@free6.com'
**Subject:** RE: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

Hi Stefan,

Just wondering if there were any updates on getting the administrator login and password for Free6.com.

All the best,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA

---

**From:** stefan@free6.com [mailto:stefan@free6.com]
**Sent:** Monday, October 13, 2008 8:04 AM
**To:** Burdick, Neil B
**Subject:** Re: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

Hello Neil,

Thanks for your e-mail.

What we can do for you is to provide you with a log in and password to our administrator area.
In there you will be able to search by username and see every post that user has made in the chat (including "private" messages and pictures) also time and IP number of the users will be available.

I will get back to you in a day or two with login details. Please feel free to contact me again if there is anything else that we can do to assist you. We are as much against child pornography as you are and will be happy to assist.

Regards Stefan

----- Original Message -----
**From:** emailservice@domainsbyproxy.com
**To:** stefan@free6.com
**Sent:** Tuesday, October 07, 2008 7:11 AM
**Subject:** FWD: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

I am looking for contact information for the person who monitors the chat portion of your website for child pornography. Your website claims that it reports child sexual abuse images to authorities. I have seen numerous postings of child pornography and would like to receive reports about the people in the United States who are doing this. I have no interest in investigating your website, only the people in the United States that are posting these images. I would prefer to deal directly with a representative from free6.com and not deal with domainsbyproxy.com as they have been quite unhelpful.

Please respond as soon as possible and thank you,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA

**From:** stefan@free6.com
**Sent:** Friday, October 24, 2008 12:19 AM
**To:** Burdick, Neil B
**Subject:** Re: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

Hello,

Sorry for the delay!

Here is the login information.

URL: http://chat.free6.com/nimda/login.php
username: neilburdick
password: nb3j567w


Regards Stefan




----- Original Message -----
**From:** Burdick, Neil B
**To:** stefan@free6.com
**Sent:** Thursday, October 23, 2008 12:15 AM
**Subject:** RE: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

Hi Stefan,

Just wondering if there were any updates on getting the administrator login and password for Free6.com.

All the best,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA

---

**From:** stefan@free6.com [mailto:stefan@free6.com]
**Sent:** Monday, October 13, 2008 8:04 AM
**To:** Burdick, Neil B
**Subject:** Re: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

Hello Neil,

Thanks for your e-mail.

What we can do for you is to provide you with a log in and password to our administrator area.
In there you will be able to search by username and see every post that user has made in the chat (including "private" messages and pictures) also time and IP number of the users will be available.

I will get back to you in a day or two with login details. Please feel free to contact me again if there is anything else that we can do to assist you. We are as much against child pornography as you are and will be happy to assist.

Regards Stefan

----- Original Message -----
**From:** emailservice@domainsbyproxy.com
**To:** stefan@free6.com
**Sent:** Tuesday, October 07, 2008 7:11 AM
**Subject:** FWD: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

I am looking for contact information for the person who monitors the chat portion of your website for child pornography. Your website claims that it reports child sexual abuse images to authorities. I have seen numerous postings of child pornography and would like to receive reports about the people in the United States who are doing this. I have no interest in investigating your website, only the people in the United States that are posting these images. I would prefer to deal directly with a representative from free6.com and not deal with domainsbyproxy.com as they have been quite unhelpful.

Please respond as soon as possible and thank you,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA

**From:** Burdick, Neil B
**Sent:** Friday, October 24, 2008 10:32 AM
**To:** 'stefan@free6.com'
**Subject:** RE: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

Stephan,

I really can't thank you enough for helping me with this.

All the best,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA

---

**From:** stefan@free6.com [mailto:stefan@free6.com]
**Sent:** Friday, October 24, 2008 12:19 AM
**To:** Burdick, Neil B
**Subject:** Re: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

Hello,


Sorry for the delay!

Here is the login information.

URL: http://chat.free6.com/nimda/login.php
username: neilburdick
password: nb3j567w




Regards Stefan


----- Original Message -----
**From:** Burdick, Neil B
**To:** stefan@free6.com
**Sent:** Thursday, October 23, 2008 12:15 AM
**Subject:** RE: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

Hi Stefan,

Just wondering if there were any updates on getting the administrator login and password for Free6.com.

All the best,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA

---

**From:** stefan@free6.com [mailto:stefan@free6.com]
**Sent:** Monday, October 13, 2008 8:04 AM
**To:** Burdick, Neil B
**Subject:** Re: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

Hello Neil,

Thanks for your e-mail.

What we can do for you is to provide you with a log in and password to our administrator area.
In there you will be able to search by username and see every post that user has made in the chat (including "private" messages and pictures) also time and IP number of the users will be available.

I will get back to you in a day or two with login details. Please feel free to contact me again if there is anything else that we can do to assist you. We are as much against child pornography as you are and will be happy to assist.

Regards Stefan

----- Original Message -----

**From:** emailservice@domainsbyproxy.com
**To:** stefan@free6.com
**Sent:** Tuesday, October 07, 2008 7:11 AM
**Subject:** FWD: Reporting Child Sexual Abuse Images [free6.com@domainsbyproxy.com]

I am looking for contact information for the person who monitors the chat portion of your website for child pornography. Your website claims that it reports child sexual abuse images to authorities. I have seen numerous postings of child pornography and would like to receive reports about the people in the United States who are doing this. I have no interest in investigating your website, only the people in the United States that are posting these images. I would prefer to deal directly with a representative from free6.com and not deal with domainsbyproxy.com as they have been quite unhelpful.

Please respond as soon as possible and thank you,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA