U.S. [illegible] - [illegible]
U.S. Immigration and Customs Enforcement

## CASE CHRONOLOGY AND REVIEW SHEET

| CASE NUMBER |
| --- |
|  |

| Date | Time Expended | Description of Activity |
| --- | --- | --- |
| 10/14/08 | 4 hrs. |  |
| 10/24/08 | 4 hrs. | Communication w/ Administrators |
| 10/27/08 | 8 hrs. | Chat Monitoring / Recording |
| 11/6/08 | 4 hrs. | Chat Monitoring - Riot |
| 11/7/08 | 4 hrs. | Monitoring Site / Recording |
| 11/14/08 | 8 hrs. |  |
| 11/19/08 | 4 hrs. | Site Monitoring / Recording |
| 11/20/08 | 8 hrs. | Target Monitor |
| 11/24/08 | 4 hrs. | Site Monitoring / Recording |
| 12/1/08 | 8 hrs. | '' |
| 12/2/08 | 8 hrs. | '' |
| 12/3/08 | 6 hrs. | '' |
| 12/4/08 | 4 hrs. | '' |
| 12/11/08 | 2 hrs. | '' |
| 12/29/08 | 8 hrs. |  |
| 01/6/09 | 4 hrs. | '' |
| 02/13/09 | 4 hrs. | Email to Admin / Site Monitoring / Recording |
| 02/17/09 | 9 hrs. | Site Monitoring / Recording |
| 2/18/09 | 9 hrs. | Site Monitoring / Recording |
| 2/19/09 | 2 hrs | '' |
| 2/20/09 | 9 hrs. | '' |
| 2/21/09 | 2 hrs. | '' |
| 2/22/09 | 3 hrs. | '' |
| 2/23/09 | 4 hrs | '' |
| 2/24/09 | 4 hrs. | '' |
| 2/25/09 | 8 hrs. | '' |
| 2/26/09 | 8 hrs. | Site Monitoring / Recording |

CE Form 73-004 (10/07)

Bode00274

U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement

## CASE CHRONOLOGY AND REVIEW SHEET

CASE NUMBER

| Date | Time Expended | Description of Activity |
|---|---|---|
| 2/27/09 | 9 hrs. | Site Monitoring / Recording / |
| | | |
| 3/3/09 | 3 hrs. | " |
| 3/4/09 | 2 hrs. | Site Monitoring - |
| 3/5/09 | 5 hrs | Site Monitoring - |
| 3/6/09 | 4 hrs | " |
| 3/7/09 | 3 hrs | Site Monitoring - |
| 3/8/09 | 4 hrs | Site Monitoring - |
| 3/9/09 | 6 hrs. | Site Monitoring - |
| 3/10/09 | 8 hrs. | " |
| 3/11/09 | 3 hrs. | " |
| 3/15/09 | 1 hr. | " |
| 3/16/09 | 4 hrs. | " and Spreadsheet / Summaries |
| 3/17/09 | 4 hrs. | Site Monitor / Recording - |
| 3/18/09 | 2 hrs. | " |
| 3/19/09 | 5 hrs. | Site Monitor / Recording / Summaries / Case Files - |
| 3/20/09 | 7 hrs | " |
| 3/23/09 | 5 hrs. | Site monitor / Recording |
| 3/24/09 | 4 hrs. | " |
| 3/25/09 | 6 hrs. | Site Monitoring / Recording / SRTR ROI / Powerpoint |
| 3/26/09 | 4 hrs. | Powerpoint / Summaries |
| 4/2/09 | 2 hrs. | Summaries / Spreadsheet |
| 4/3/09 | 2 hrs. | Summaries |
| 4/14/09 | 2 hrs. | Site Monitoring Tape |
| 4/15/09 | 4 hrs. | Site Monitoring |
| | 4 hrs. | |
| 4/28/09 | 8 hrs. | |

ICE Form 73-004 (10/07)

Bode00275

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

CASE CHRONOLOGY AND REVIEW SHEET

CASE NUMBER

| Date | Time Expended | Description of Activity |
|---|---|---|
| 4/29/09 | 5 hrs. | Site Monitoring / Logging |
| 5/1/09 | 2 hrs. | |
| 5/4/09 | 2 hrs. | Site Monitoring / Logging |
| | | |
| | | |
| 5/5/09 | 4 hrs. | Site Monitoring / Logging / Summaries |
| 5/6/09 | 3 hrs. | Site Monitoring / Recording |
| 5/7/09 | 5 hrs. | Site Monitoring / Recording |
| 5/8/09 | 7 hrs. | Site Monitoring / Logging |
| 5/11/09 | ... | ... |
| ... | 4 hrs. | ... |
| 5/19/09 | 2 hrs. | Site Monitoring / Logging |
| 5/20/09 | 8 hrs. | Site Monitoring / Logging / R.F. Setup |
| 5/21/09 | 3 hrs. | Site Monitoring / Logging |
| | 2 hrs. | Site ... |
| 6/2/09 | 5 hrs. | Site Monitoring / Logging |
| | 7½ hrs. | Site Monitoring / Logging / |
| 6/4/09 | 5 hrs. | Site Monitoring / Logging / |
| 6/5/09 | 9 hrs. | Collaterals / Site Monitoring / Logging |
| | 7 hrs. | Site Monitoring / Logging / Collaterals |
| 6/9/09 | 7 hrs. | Site Monitoring / Logging / Collaterals |
| 6/10/09 | 3 hrs. | Collateral Folders / Checks |
| 6/11/09 | 1 hr. | Collateral Folders |
| 6/15/09 | 9 hrs. | Collateral Folders / Case Organization / Site Monitoring & Logging |
| | ... hrs. | Collateral ... / ... |
| 6/17/09 | 4 hrs. | Collaterals |
| | | |

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

CASE CHRONOLOGY AND REVIEW SHEET

CASE NUMBER

| Date | Time Expended | Description of Activity |
|---|---|---|
| 6/14/09 | 9 hrs. | Collaterals |
| _____ | 1 hr | _____ |
| _____ | 3 hrs | _____ |
| 6/24/09 | 8 hrs | Collaterals |
| 6/25/09 | 2 hrs. | Site Monitoring / Logging |
| 6/26/09 | 9 hrs. | Site Monitoring / Logging / Collaterals |
| _____ | 7 hrs | Site Logging / Collaterals |
| _____ | 7 hrs. | Site _____ / _____ |
| _____ | 9 hrs. | Collaterals |
| _____ | _____ | _____ / Collaterals |
| 7/6/09 | 5 hrs | Collaterals |
| 7/7/09 | 9 hrs. | Collaterals |
| 7/8/09 | 4 hrs. | Collaterals |
| _____ | 9 hrs | Collaterals |
| _____ | 9 hrs | _____ |
| 7/__/__ | 9 hrs | Collaterals |
| 7/__/__ | 9 hrs | Collaterals / |
| 7/17/09 | 6 hrs. | Collaterals / Logging |
| 7/20/09 | 9 hrs | Collaterals / Logging |
| _____ | 9 hrs | Collaterals |
| 7/23/09 | 8 hrs. | Collaterals / Logging |
| 7/24/09 | 8 hrs. | Collaterals / Logging |
| 7/27/09 | 9 hrs. | Collaterals / Logging |
| 7/28/09 | 9 hrs. | Collaterals |
| 7/29/09 | 8 hrs. | Collaterals |
| 7/30/09 | 9 hrs. | Collaterals |
| 3/__/10 | 4 hrs. | Collaterals |

ICE Form 73-004 (10/07)

Bode00277



UNITED STATES TREASURY
UNITED STATES CUSTOMS SERVICE

## CASE CHRONOLOGY & REVIEW FORM

4200-01 (5T) PEPM (Special Agent Handbook)

| DATE | TIME EXPENDED | DESCRIPTION OF ACTIVITY |
|---|---|---|
| 9/2/09 | 4 hrs. | Collaterals / Case Organization |
| 9/3/09 | 5 hrs. | Collaterals |
| 9/4/09 | 3 hrs. | Collaterals |
| 9/8/09 | 4 hrs. | Collaterals |
| 9/9/09 | 4 hrs. | Collaterals |
| 9/10/09 | 4 hrs. | Collaterals |
| 9/11/09 | 4 hrs. | Collaterals |
| 9/14/09 | 3 hrs. | Collaterals |
| 9/25/09 | 3 hrs. | " |
| 9/28/09 | 2 hrs | Collaterals |
| 9/29/09 | 4 hrs. | Collaterals |
| 10/22/09 | 2 hrs. | Collaterals / |
| 10/23/09 | 3 hrs. | Collaterals / Target Monitoring / Summonses |
| 10/26/09 | 4 hrs. | Collaterals / Target Monitoring |
| 10/27/09 | 6 hrs. | Collaterals / Target Monitoring / |
| 10/28/09 | 4 hrs. | Collateral / Site Monitoring |
| 10/29/09 | 3 hrs. | Collaterals / Target Monitoring |
| 10/30/09 | 3 hrs. | Collaterals / Target Monitoring |
| 11/2/09 | 6 hrs. | Collaterals / Case Organization |
| 11/3/09 | 3 hrs. | Collaterals / |
| 11/5/09 | 7 hrs. | Collaterals / |
| 11/6/09 | 9 hrs. | Collaterals / |
| 11/9/09 | 4 hrs. | Collaterals / Target Monitoring |
| 11/10/09 | 6 hrs. | Collaterals / Target Monitoring |
| 11/11/09 | 4 hrs. | Collaterals / Target Monitoring |
| 11/12/09 | 6 hrs. | Collaterals / Target Monitoring |
| 11/13/09 | 4 hrs. | Collaterals / Case Org / |

Customs Form SB /101035

Bode00278

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

CASE CHRONOLOGY AND REVIEW SHEET

CASE NUMBER: _____

| Date | Time Expended | Description of Activity |
|---|---|---|
| 11/19/09 | 6 hrs. | Collaterals |
| 11/20/09 | 2 hrs. | Collaterals |
| 11/23/09 | 6 hrs | Collaterals |
| 11/24/09 | 4 hrs. | Collaterals / |
| 11/25/09 | 8 hrs. | Collaterals / / Target Monitoring |
| 11/30/09 | 9 hrs. | Collaterals / Target Monitoring |
| 12/1/09 | 2 hrs. | Collaterals |
| 12/2/09 | 5 hrs | Collaterals / Target Monitoring / Backup-[illegible] |
| 12/4/09 | 3 hrs. | Collaterals / Target Monitoring |
| 12/5/09 | 5 hrs | Collaterals / Target Monitoring |
| 12/9/09 | 1 hr. | Target Monitoring |
| 12/10/09 | 10 hrs. | Target Monitoring / Collaterals |
| 12/11/09 | 9 hrs. | Collaterals / Target Monitoring |
| 12/14/09 | 7 hrs | Collaterals / Target Monitoring |
| 12/15/09 | 9 hrs. | Collaterals / / Target Monitoring |
| 12/16/09 | 7 hrs. | Collaterals / Target Monitoring |
| 12/17/09 | 5 hrs | Collaterals / Target Monitoring |
| 12/18/09 | 5 hrs. | Collaterals / Target Monitoring |
| 12/21/10 | 5 hrs. | Collaterals / Target Monitoring |
| 12/22/09 | 9 hrs. | Collaterals / Target Monitoring |
| 12/23/09 | 9 hrs. | Collaterals / Target Monitoring |
| 12/24/09 | 4 hrs. | Collaterals / Target Monitoring |
| 1/4/10 | 5 hrs. | Collaterals / |
| 1/5/10 | 5 hrs. | Collaterals / Summaries |
| 1/6/10 | 7 hrs. | Collaterals / Summaries / |
| 1/8/10 | 5 hrs. | Collaterals / |
| 1/11/10 | 3 hrs. | Collaterals / Target Monitoring |
| 1/12/10 | 6 hrs. | Collaterals / |

ICE Form 73-004 (10/07)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

CASE CHRONOLOGY AND REVIEW SHEET

CASE NUMBER: _____

| Date | Time Expended | Description of Activity |
|---|---|---|
| 1/14/10 | 3 hrs | Collaterals / Target Monitoring |
| 1/15/10 | 5 hrs | Collaterals / Target Monitoring |
| 1/20/10 | 2 hrs | " |
| 1/21/10 | 3 hrs | Collaterals / Summonses |
| 1/22/10 | 6 hrs | Surveillance / Collaterals |
| 1/25/10 | 6 hrs | Collaterals / |
| 1/26/10 | 4 hrs | / Site Monitoring |
| 1/27/10 | 5 hrs | Collaterals / |
| 1/28/10 | 6 hrs | / Collaterals |
| 2/2/10 | 6 hrs | Collaterals / Summonses |
| 2/3/10 | 6 hrs | Collaterals / Summonses |
| 2/4/10 | 4 hrs | Collaterals |
| 2/8/10 | 7 hrs | Collaterals / |
| 2/9/10 | 7 hrs | " |
| 2/10/10 | 4 hrs | |
| 2/11/10 | 4 hrs | Collaterals / Target Monitoring |
| 2/12/10 | 6 hrs | " |
| 2/16/10 | 7 hrs | " |
| 2/17/10 | 1 hr | Collaterals |
| 2/18/10 | 5 hrs | " |
| 2/22/10 | 3 hrs | " |
| 2/23/10 | 1 hr | " |
| 2/24/10 | 2 hrs | " / |
| 2/25/10 | 3 hrs | Collaterals / |
| 3/1/10 | 4 hrs | / Collaterals / Source Email |

ICE Form 73-004 (10/07)

Bode00280

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## CASE CHRONOLOGY AND REVIEW SHEET

CASE NUMBER

| Date | Time Expended | Description of Activity |
|---|---|---|
| 3/5/10 | 4 hrs. | Collaterals / Admin Email |
| 3/15/10 | 5 hrs. | Admin Email / Background / Collaterals |
| 3/16/10 | 2 hrs. | Collateral Memo / |
| 3/18/10 | 4 hrs. | Collateral / |
| 3/23/10 | 5 hrs | Collaterals / |
| 3/26/10 | 2 hrs. | Collaterals |
| 3/30/10 | 2 hrs. | Collaterals / |

ICE Form 73-004 (10/07)

Bode00281