**From:** Burdick, Neil B
**Sent:** Thursday, February 12, 2009 1:45 PM
**To:** 'stefan@free6.com'
**Subject:** Child Pornography Investigation Update

Hello Stephan,

I wanted to keep you updated as to the progress of our investigation so far and discuss one further issue with you. To date, we have identified roughly 25 users in the United States of the Free6.com chat portion that have been trading child pornography on a regular basis.

Your help and cooperation with this has been absolutely invaluable and I really can't tell you how grateful I am that you and your company are willing to help!

Unfortunately however, we have run into a slight problem going forward with the investigation due to a loophole in American laws regarding the Internet. The attorneys working on this case have asked me to ask you if you would consider adding one line to the warning banners that users must go through in order to access the chat portion of your website. They have told me that if you add the line "Free6 may disclose these communications to the authorities at its discretion," following the statement reading "All posted pictures are logged and supervised, etc." that we will be able to legally view the administrator's section you have provided me access to.

I realize this is a great deal to ask, and I really hate asking you to make these changes. I will also say that if it is possible to do so, it will lead to the eradication of a good portion of the illegal activity taking place on your website.

I again thank you for your cooperation and hope this email finds you well,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA

```
                    Re Child Pornography Investigation Update.txt
From: Burdick, Neil B
Sent: Friday, February 27, 2009 11:10 AM
To: 'stefan@free6.com'
Subject: RE: Child Pornography Investigation Update

Hello Stephan,

The addition to the warning banner is absolutely perfect!  Again, I can't thank you
enough for your help and I will most definitely keep you updated regarding our
progress.

Best wishes,

Neil Burdick, Special Agent
Immigration and Customs Enforcement
Child Exploitation Investigations Group
Long Beach, CA

-----Original Message-----
From: stefan@free6.com [mailto:stefan@free6.com]
Sent: Thursday, February 26, 2009 4:07 AM
To: Burdick, Neil B
Subject: Re: Child Pornography Investigation Update

Hello Neil,


Thanks for the update! We are glad that we can help.

Sorry for the late response, but your text has been online for some time now. Please
check if it's Ok, and let me know if there is anything else we can do to help your
investigation.



Regards Stefan



Citerar "Burdick, Neil B" <Neil.Burdick@dhs.gov>:

> Hello Stephan,
>
>
>
> I wanted to keep you updated as to the progress of our investigation
> so far and discuss one further issue with you.  To date, we have
> identified roughly 25 users in the United States of the Free6.com chat
> portion that have been trading child pornography on a regular basis.
>
>
>
> Your help and cooperation with this has been absolutely invaluable and
> I really can't tell you how grateful I am that you and your company
> are willing to help!
>
>
>
> Unfortunately however, we have run into a slight problem going forward
> with the investigation due to a loophole in American laws regarding
                                    Page 1
```

```
                     Re Child Pornography Investigation Update.txt
> the Internet.  The attorneys working on this case have asked me to ask
> you if you would consider adding one line to the warning banners that
> users must go through in order to access the chat portion of your website.
> They have told me that if you add the line "Free6 may disclose these
> communications to the authorities at its discretion," following the
> statement reading "All posted pictures are logged and supervised, etc."
> that we will be able to legally view the administrator's section you
> have provided me access to.
>
>
>
> I realize this is a great deal to ask, and I really hate asking you to
> make these changes.  I will also say that if it is possible to do so,
> it will lead to the eradication of a good portion of the illegal
> activity taking place on your website.
>
>
>
> I again thank you for your cooperation and hope this email finds you
> well,
>
>
>
> Neil Burdick, Special Agent
>
> Immigration and Customs Enforcement
>
> Child Exploitation Investigations Group
>
> Long Beach, CA
>
>
>
>
```