REQUESTED BY:   WARCHOL, ELIZABETH T

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE   1 |
| | CASE NUMBER BA07QR10BA0024 |

**TITLE: FREE6.COM**

**CASE STATUS:**   INTERIM RPT

| REPORT DATE 082510 | DATE ASSIGNED 071510 | PROGRAM CODE 439 | REPORT NO. 002 |
|---|---|---|---|

RELATED CASE NUMBERS:   LA07QR09LA0005

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS
OTHER INFORMATION

TOPIC: INVESTIGATIVE FINDINGS INVOLVING LAURANCE BODE.

SYNOPSIS:

On or about July 06, 2010, SA Warchol received a collateral request from SAC/LA involving an individual, further identified as Laurence BODE, that allegedly distributed images of child pornography via the website, rw.Free6.com.  Summons information received from BODE'S internet service provider indicates that BODE resides in Ocean City, Maryland.  This is a collateral request from SAC Los Angeles, case number LA07QR09LA0005, and will be opened under SAC Baltimore's new case number, BA07QR10BA0024, for the purpose of continuing the investigation.  SAC Baltimore will continue to reference the collateral case number through the new Baltimore case number.

This ROI details investigative efforts involving BODE.

| DISTRIBUTION:<br>SACBA | SIGNATURE:<br>WARCHOL         ELIZABETH   T   SPECIAL AGENT |
|---|---|
| | APPROVED:<br>MCGARVEY         FRANCIS   J   OI GRP SUPERVISOR |
| | ORIGIN OFFICE: BA<br>BALTIMORE, MD - SAC |
| | TELEPHONE: 443 630 5016 |
| | TYPIST: WARCHOL |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY ( THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Bode00026

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    2 |
|---|---|
| | CASE NUMBER BA07QR10BA0024 |
| | REPORT NUMBER: 002 |

CASE PROGRAM CODES:

| | | |
|---|---|---|
| 439 CUC OP PARAISO (LA) | 1S1 OPERATION PREDATOR | SS4 ANGEL WATCH |
| S1G TWISTED TRAVELER | YT1 Child Exploitation a | A1Q FREE6 |
| C7B SAC BA EAST SHORE IN | | |

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
CLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Bode00027

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE   3 |
|---|---|
| | CASE NUMBER BA07QR10BA0024 |
| | REPORT NUMBER: 002 |

DETAILS OF INVESTIGATION:

On or about July 06, 2010, SA Warchol received a collateral request from SAC/LA involving an individual, further identified as Laurence BODE (TARGET), who allegedly distributed images of child pornography via the website, www.Free6.com.  Summons information received from BODE'S internet service provider indicates that BODE resides in 163 Winter Harbor Drive, Ocean City, Maryland, 21842.

SAC/LA SA Neil Burdick, of the Child Exploitation Investigations Group (CEIG), has advised me that while proactively monitoring the Internet for violations related to federal child exploitation statutes, he discovered a publicly accessible website known as www.Free6.com.  This website offered some items for free viewing, such as images and links to various adult pornography websites.  The Free6 website also offered a special "chat" feature where users were able to access an assortment of different "rooms".  In these Free6 chat rooms, a user was able to hold online text conversations, post messages, photos, graphics, etc., to the entire room or a specific user.

SA Burdick discovered a Free6 user had to go through a number of steps in order to access any of the chat features.  First, the user would go to the [ ] in Free6 home page, and click on a button labeled "chat".  That took the user to a webpage where s/he was required to indicate whether s/he was male or female, and then select a screen name for that chat session.  Free6.com did not require users to enter their true identity or to register in any way with the website.  The screen name did not act as any sort of permanent account; it was only valid for the user's current chat session.  Users were able to use different screen names each time they logged into the chat portion of the website.  The webpage on which a user selects a screen name also showed a warning banner displaying the website rules.  Website users were warned against posting photos, graphics, or cartoons, showing persons under 18 years of age as it was not allowed.  Users were warned child pornography or other illegal material will immediately be reported to the posters local authorities and requesting images of this nature were not allowed.  Users were warned all posted pictures and conversations, public and private, are logged and supervised.  After the user entered a screen name, the second step required him/her to click a button that said "Log In".  This took the user to a second warning banner.  This page featured a picture of a young girl and the words: CHILD PORNOGRAPHY BEHIND EVERY PICTURE THERE IS PAIN! HELP US REPORT IT!  The third step required a user to click on a button marked "ACCEPT" which was underneath the above warning, to proceed to the chat portion of the website. Thus, each time a user wished to chat on Free6, s/he must first have viewed the warning, including the sentence that Free6 may disclose the communications to the authorities, and indicated that s/he accepted it.  A user could not use

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
C  THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Bode00028

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    4 |
|---|---|
| | CASE NUMBER BA07QR10BA0024 |
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | REPORT NUMBER: 002 |

the chat function by bypassing the warning.

On January 26, 2010, SAC/LA agents and law enforcement, via administrator privileges and screen captures, observed a user connected to the website using IP Address 173.13.192.238 (TARGET IP ADDRESS) who had posted an image to another user in a "Free6" chatroom.  The image contains two pictures, side-by-side, and are described as follows: the picture on the right shows an unidentified adult white female sitting on an unknown object.  The adult female's torso is bare and her left breast is exposed.  There is an unidentified white prepubescent female child sitting on the right side of the adult female's lap.  The prepubescent child is naked, her legs are apart, and the camera angle focuses on her exposed genital area.  The picture on the left shows the same adult female and prepubescent child standing up.  The adult female is only wearing knee high, white socks and white shoes.  The prepubescent child is only wearing knee high, white socks, and brown sandals. In this picture, the prepubescent child uses bother her hands and is squeezing both exposed breasts of the adult female.  The child's genital area is not readily exposed in this particular picture.

On 07/07/2010, SA Warchol began to review a CD of website logs of "www.Free6.com" which confirmed an individual using the same TARGET IP ADDRESS had posted the same image, described above, on five separate occasions.  This individual used the screen name "DadsHere" or "DadonCam", between January 21, 2010 through January 26, 2010.  In addition, during the same time span, an individual using the TARGET IP ADDRESS and the same two screen names posted a photograph of an older white male, who identified himself as "larry".  During the investigation, a Motor Vehicle Administration (MVA) photograph of Laurence John BODE was obtained and determined to be the same individual as the image posted.

Further, SA Warchol reviewed multiple chat comments, which are logged by IP address, posted by the user utilizing the TARGET IP ADDRESS between January 21, 2010 through January 26, 2010.  The following comments were observed: "yes but not active to scared to act", "you active or just thoughts", "love the erotic pics", "Don't we all but to scared", "hi im Larry in Maryland on the Water", "you active or curious", "thats me", "im Larry in Maryland USA", "admire from afar", "I live on water see lots of young", "young dreaming but not active", and "what are u into".

On 07/07/2010, SA Warchol conducted field surveillance on BODE'S address and observed a black, 4-door and "Casino Express Taxi" markings, vehicle with Maryland license plate "46704B" parked in the driveway of the residence.   A check of DMV records, the vehicle is registered to Laurence John BODE of 163 Winter Harbor Drive, Ocean City, Maryland, 21842.  A check of "CLEAR" also associates BODE with this address.

O F F I C I A L   U S E   O N L Y
THTS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY ( THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Bode00029

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    5 |
|---|---|
| | CASE NUMBER BA07QR10BA0024 |
| R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | REPORT NUMBER:  002 |

The investigation continues.

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR ɜCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED ιɷ ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Bode00030