Bode00273

| Name | IP | Date | Loc. |
|---|---|---|---|
| (1/26) Davidson Cam — posted animated pics of donuts — 50 yo / posted selfie pic — has a boat; likes young, not active — says he is in Ocean City — Divorced dad of 1st kys girls | 173.13.192.238 | 1/26 – 1/26 — is an accountant — named Larry — larry=loans@hotmail.com | Washington, DC Comcast Business |
| (1/27) | | | |
| (1/28) | | | |
| (1/28) | | | |