REQUESTED BY: WARCHOL, ELIZABETH T

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | PAGE 1 |
| | CASE NUMBER BA07QR10BA0024 |

| TITLE: FREE6.COM |||||
|---|---|---|---|---|
| CASE STATUS: | INTERIM RPT |||| 
| REPORT DATE 092210 | DATE ASSIGNED 071510 || PROGRAM CODE 439 | REPORT NO. 003 |
| RELATED CASE NUMBERS: |||||
| COLLATERAL REQ: |||||
| TYPE OF REPORT: INVESTIGATIVE FINDINGS |||||

TOPIC: INVESTIGATIVE FINDINGS INVOLVING BODE, DATED UNTIL ABOUT 09/13/2010

SYNOPSIS:

On or about July 06, 2010, SA Warchol received a collateral request from SAC/LA involving an individual, further identified as Laurence BODE, that allegedly distributed images of child pornography via the website, ww.Free6.com. Summons information received from BODE'S internet service provider indicates that BODE resides in Ocean City, Maryland. This is a collateral request from SAC Los Angeles, case number LA07QR09LA0005, and will be opened under SAC Baltimore's new case number, BA07QR10BA0024, for the purpose of continuing the investigation. SAC Baltimore will continue to reference the collateral case number through the new Baltimore case number.

This ROI details investigative efforts and information obtained involving BODE.

| DISTRIBUTION: SACBA | SIGNATURE: WARCHOL   ELIZABETH   T   SPECIAL AGENT |
|---|---|
| | APPROVED: MCGARVEY   FRANCIS   J   OI GRP SUPERVISOR |
| | ORIGIN OFFICE: BA BALTIMORE, MD - SAC | TELEPHONE: 443 630 5016 |
| | | TYPIST: WARCHOL |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE    2 |
|---|---|
| REPORT OF INVESTIGATION<br>CONTINUATION | CASE NUMBER BA07QR10BA0024 |
| | REPORT NUMBER: 003 |

CASE PROGRAM CODES:

```
439 CUC OP PARAISO (LA)    1S1 OPERATION PREDATOR    SS4 ANGEL WATCH
S1G TWISTED TRAVELER       YT1 Child Exploitation a  A1Q FREE6
C7B SAC BA EAST SHORE IN
```

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
;CLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Bode00022

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER BA07QR10BA0024 |
| | REPORT NUMBER: 003 |

DETAILS OF INVESTIGATION:

On or about July 06, 2010, SA Warchol received a collateral request from SAC/LA involving an individual, further identified as Laurence BODE (TARGET), who allegedly distributed images of child pornography via the website, www.Free6.com. Summons information received from BODE'S internet service provider indicates that BODE resides in 163 Winter Harbor Drive, Ocean City, Maryland, 21842.

On 07/13/2010, SA Warchol continued to review a CD-R of website logs from www.Free6.com containing evidentiary information from January 21, 2010 through January 26, 2010 involving TARGET IP Address 173.13.192.238.

On 07/14/2010, SA Warchol spoke with Assistance United States Attorney (AUSA), Judson Mihak, in reference to case facts. Upon briefing of the case, AUSA Mihak advised to complete a Search Warrant.

On 07/15/2010, SA Warchol opened the case via Treasury Enforcement Communications System (TECS). SA Warchol continued fact gathering and took pictures of BODE'S residence for the case file.

On 07/21/2010, SA Warchol continued to review a CD-R of website logs from www.Free6.com containing evidentiary information from January 21, 2010 through January 26, 2010.

On 07/22/2010, SA Warchol continued drafting a search warrant for BODE'S residence and was in contact with AUSA Mihak.

On 07/23/2010, SA Warchol completed an initial Report of Investigation (ROI) via TECS.

On 07/27/2010, 08/12/2010, 08/13/2010, 08/16/2010, 08/17/2010, and 08/18/2010, SA Warchol was in contact with AUSA Mihak in reference to BODE and the search warrant for his residence.

On 08/23/2010, SA Warchol was in contact with SA Burdick (SAC-Los Angeles) in reference to case fact gathering for "Project Free6".

On 08/25/2010, SA Warchol completed ROI 2 via TECS.

On 08/26/2010, SA Warchol completed an administrative subpoena to Comcast Cable, for IP address 173.13.192.238, and faxed it via 866-947-5587. SA

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L  U S E  O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T  O F  I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE 4 |
|---|---|
| | CASE NUMBER BA07QR10BA0024 |
| | REPORT NUMBER: 003 |

Warchol received a telephone call from Jennifer Pretko, Comcast Legal Department 856-675-5130, in reference to receiving the administrative subpoena.

On 08/27/2010, 08/30/2010, and 08/31/2010, SA Warchol attempted contact with Comcast's Jennifer Pretko, via phone number 856-675-5130, in reference to the administrative subpoena. Unable to reach Ms. Pretko, left telephone messages, and sent emails inquiring about status of the administrative subpoena involving IP address 173.13.192.238.

On 09/03/2010, SA Warchol received and reviewed the administrative subpoena which was produced by Comcast, File 191791. As of 08/26/2010, based on the information provided, via IP address 173.13.192.238, the subscriber information obtained is as follows:
    Subscriber name: GRANITE BB and T
    Service Address: 1111 WINCHESTER AV
                            MARTINSBURG, WV. 25401

    Telephone: 304-267-6503
    Type of Service: BUSINESS HIGH SPEED INTERNET SERVICE
    Account Number: 0162610742402
    Account Status: ACTIVE
    IP Assignment: STATIC
    E-Mail User Ids: NONE FOUND
    Billing Address: 100 NEWPORT AVENUE
                            QUINCY, MA. 02171
Upon reviewed the above information, SA Warchol determined IP address 173.13.192.238 was no longer assigned to BODE.

On 09/07/2010, SA Warchol was in contact with AUSA Mihak in reference to BODE and the search warrant for his residence.

On 09/08/2010, SA Warchol met with SAC Baltimore ICE Agents assigned to the Child Exploitation Investigations Group (CEIG) in reference to reviewing updated facts of the case involving BODE. Also, SA Warchol met with AUSA Mihak in reference to BODE and the search warrant for his residence. While reviewing case facts with AUSA Mihak, it was determined there were multiple child erotica images posted utilizing TARGET IP Address 173.13.192.238 in the context of the same chats and on-line sessions on "Free6". For example, one picture posted by the Target IP Address, referenced as Image "A", was posted 8 times to the entire "Free6" chatroom. Image "A" depicts two naked minor females, one standing behind the other in a sexually suggestive pose where each female is touching the other's pelvic area and both are facing the camera. A second image, referenced as Image "B", was posted 3 times to other users of the "Free6" chatroom. Image "B" depicts a naked minor female sitting on top of a nake adult female while grabbing her breasts in a sexually

O F F I C I A L  U S E  O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 5 |
|---|---|
| | CASE NUMBER BA07QR10BA0024 |
| REPORT OF INVESTIGATION CONTINUATION | REPORT NUMBER: 003 |

suggestive manner. A third image, referenced as Image "C", was posted 1 time to the entire "Free6" chatroom. Image "C" depicts what appears to be two minor females, both naked and laying on a bed with a blue cover, side by side, their breasts exposed, and they are in an unnatural and suggestive manner.

On 09/08/2010, SA Warchol completed and faxed an administrative subpoena to Comcast Cable, fax 866-947-5587, requesting the following customer and address information:
    Name: LAURENCE BODE
    Address: 163 WINTER HARBOR DRIVE
              OCEAN CITY, MD. 21842.

On 09/09/2010, SA Warchol completed and faxed an administrative subpoena to eBay/PayPal, via fax 408-967-9915, requesting information on the following records:
    LAURENCE BODE
    LARRY BODE
    163 WINTER HARBOR DRIVE, OCEAN CITY, MD. 21842
    larry-loans@hotmail.com
    larrybode410@comcast.net
    larry_loans@yahoo.com

09/13/2010, SA Warchol completed preservation letters to the following:
    Comcast Cable, fax 866-947-5587, for subscriber ID larrybode410, (larrybode410@comcast.net),
    Yahoo! Inc., fax 408-349-7941, for subscriber ID larry_loans, (larry_loans@yahoo.com), and
    Microsoft Hotmail, fax 425-708-0096, for subscriber ID larry-loans, (larry-loans@hotmail.com).

The investigation continues.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY C THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.