

**CONFIDENTIAL**

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

April 12, 2010

**VIA FACSIMILE**

SA Timothy Alon
Federal Bureau of Investigation
One World Trade Center, Suite 1500
Long Beach, CA 90831
Fax: (562) 951-2799

Re: Subpoena
Comcast File #: 160092

Dear SA Alon:

The Subpoena received on 4/2/2010 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP address: 173.13.192.238 assigned on 1/19/2010 at 8:02 EST to 1/26/2010 at 9:11 EST.

Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

| | |
|---|---|
| Subscriber Name: | LARRY BODE |
| Service Address: | 163 WINTER HARBOR D |
| | OCEAN CITY, MD 21842 |
| Telephone #: | 410-524-5813 |
| Type of Service: | Commercial High Speed Internet Service |
| Account Number: | 0954557166801 |
| Account Status: | active |
| Account Created: | 8/20/2009 |
| IP Assignment: | Statically Assigned |
| E-mail User Ids: | larrybode410 |
| | (All Comcast user IDs end in @comcast.net) |
| Method of Payment: | Statement sent to above address |
| | (No credit card numbers or bank account numbers on file) |

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center



**CONFIDENTIAL**

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

September 2, 2010

<u>VIA FACSIMILE</u>

SA Elizabeth Warchol
Immigration and Customs Enforcement
6501 Coastal Highway, 3rd Floor
Ocean City, MD 21842
Fax: (410) 723-6627

Re: Subpoena
Comcast File #: 191791

Dear SA Warchol:

The Subpoena received on 8/26/2010 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP address: 173.13.192.238 for the *current* subscriber as of 8/26/2010.

Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

| | |
|---|---|
| Subscriber Name: | GRANITE BB AND T |
| Service Address: | 1111 WINCHESTER AVE<br>MARTINSBURG, WV 25401 |
| Telephone #: | 304-267-6503 |
| Type of Service: | Business High Speed Internet Service |
| Account Number: | 0162610742402 |
| Account Status: | active |
| IP Assignment: | Static |
| E-mail User Ids: | None Found |
| Billing Address: | 100 NEWPORT AVENUE<br>QUINCY, MA 02171 |

(No credit card numbers or bank account numbers on file)

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center



|  |  |
|---|---|
|  | NE&TO |
|  | 650 Centerton Road |
|  | Moorestown, NJ 08057 |
|  | 866-947-8572 Tel |
|  | 866-947-5587 Fax |

**CONFIDENTIAL**

September 13, 2010

**VIA FACSIMILE**

SA Elizabeth Warchol
Immigration and Customs Enforcement
6501 Coastal Highway, 3rd Floor
Ocean City, MD 21842
Fax: (410) 723-6627

Re: Subpoena
Comcast File #: 195787

Dear SA Warchol:

The Subpoena received on 9/9/2010 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following information:

163 Winter Harbor Drive, Ocean City, MD 21842

Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

Subscriber Name: LARRY BODE
Service Address: 163 WINTER HARBOR D
OCEAN CITY, MD 21842
Telephone #: 410-524-5813 (Comcast telephone number)
972-938-5516 (Non-Comcast telephone number)
Type of Service: Commercial High Speed Internet Service ("HSI")
Comcast Commercial Digital Voice Service ("CDV")
Account Number: 0954557166801
Account Status: Disconnected
HSI Service Length: 8/20/2009 to 4/12/2010
CDV Service Length: 8/20/2009 to 4/15/2010
IP Assignment: Statically Assigned
Email User Ids: larrybode410
(All Comcast user IDs end in @comcast.net)
Method of Payment: Statement sent to above address
(No credit card numbers or bank account numbers on file)

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center