# Free6.com

Special Agent Neil Burdick, ICE

Special Agent Tim Alon, FBI TFO

Child Exploitation Investigations Group, SAC LA

# Case Summary

- In October of 2008, CEIG agents discover that the "chat" portion of www.free6.com is being used by online predators to trade child pornography pictures and chat about child molestation.

- Agents notice that in order to get into the "chat" portion of www.free6.com, a person has to click through two separate warning banners.



Warning Banner 1

# Warning Banner 2



# Inside the Chat Room

- Once inside the "chat" portion of the website, a user may chat and post pictures both publicly to the entire room, or privately to other users.

- Most trading of child pornography takes place in private chats, although some predators do post child pornography in the public sections of the "chat" portion so that it may be seen by all users.

# Sample of Chat Room



# Contact with Site Administrator

- In October of 2008, CEIG agents send an email to the email address for the webmaster of the site.

- A man named "Stephan" replies and agrees to give administrative access to CEIG agents.

- With this access, CEIG agents can now view all posts (whether text or pictures) made to the website as well as the date and time they were posted, the chosen screen name of the poster, the IP address of the poster, and who the post was sent to.

- Users of this website do not have to register and may change screen names with every chat session.



# Site Administrator View (Cont.)



# Site Administrator View (Cont.)



# Site Administrator View (Cont.)



# Recording Suspects

- CEIG agents have been recording suspect postings using publicly available screen-capture software.

- The suspected child pornography images sent by suspects are also downloaded so that their SHA1/Hash values may be compared with images found on suspects' computers during forensic examinations.

# Additional Evidence

- CEIG agents have found that many of the suspects will disclose their names, email addresses, phone numbers, and even pictures of themselves to other users.

- In addition to the information gathered when tracing the IP Addresses of suspects, this evidence can be used to accumulate even more probable cause for search warrants.

- All suspects involved with this investigation can be charged with Distribution of Child Pornography (a 5-year mandatory minimum in Federal Prison).

# Suspect Statistics Thus Far

- To date, CEIG agents have logged approximately 75 viable targets nationwide that can be charged with Distribution of Child Pornography at the Federal level.

- Out of these targets, 19 claim that they are active and/or past contact offenders.

- CEIG agents have logged 5 targets in Los Angeles County, 3 of which claim to be contact offenders.

- CEIG agents have logged 3 additional targets in the SAC LA AOR (1 in Ventura, 1 in O.C., and 1 in Las Vegas). All three of these targets claim to be contact offenders.

# Enforcement Actions to Date

- To date there have been two search warrants executed and two arrests made off of information obtained from the free6.com investigation

- RAC Fresno, CA served a search warrant at the home of an Army veteran who was actively molesting his 9 year old daughter and posting nude pictures of her on Free6. A marijuana grow was also found at the suspect's house. He was arrested pursuant to information obtained during the search warrant.

- SAC Denver, CO served a search warrant at the home of a 22 year old man who was not only posting child pornography but also soliciting on Free6.com for people to come to Colorado and rape and kill his younger sister. The younger sister was rescued and the man was arrested pursuant to information obtained during the search warrant.

# Article from the Denver Post

denverpost.com

Home | News | Politics | Sports | Business | Entertainment | Lifestyle | Opinion | Outdoors | Multimedia | Travel

Weather | Traffic | Gas Prices | Exchange | Stocks | Jobs | Obituaries | Help | Contact | Yellow Pages | Editions | Subscribe

DENVER AND THE WEST

## Feds: Girl's kin offered rape

By Jace Larson
9News

POSTED: 04/24/2009 12:20:39 AM MST

🖨 PRINT | ✉ EMAIL | 🔗 SHARE
💬 3 COMMENTS

ARVADA — Federal agents have arrested a 22-year-old man, claiming that he tried to offer the rape and torture of an underage female relative on the Internet and possessed child pornography.

On Friday, Samuel Grafel was charged with one count of possession of child porn.

In federal court documents, agents from Immigration and Customs Enforcement say they went online and discovered Grafel's comments posted on an adult website.

"I want some older guy to rape, brutally torture . . . my (relative)," agents claim Grafel wrote in online posted comments in November 2008 using the name "rrod" and "rred."

"Yeah, wanna watch my (relative) get raped," agents say he later wrote.

Undercover ICE agents also say they exchanged e-mail with Grafel. "I mean, how far would you go on her?" agents say Grafel asked in an e-mail to an agent in October.

"No limits, none," agents say Grafel told the undercover agent in another e-mail.

Agents say they tracked the postings to the Arvada man.

On Dec. 16, they interviewed Grafel at his apartment. A search warrant filed in federal court states Grafel admitted to possessing child pornography.

Agents claim Grafel said that he chatted online with others about the rape and murder of the relative but that it was a fantasy.

Agents and the U.S. attorney's office for Colorado have not said whether the relative lived with Grafel.

"We filed the most serious charge available that we can prove beyond a reasonable doubt," said Jeff Dorschner, U.S. attorney spokesman.

MOST READ   MOST COMMENTED

· Shots fired in Firestone home
· Require check of gun shows
· Four juveniles arrested in Horti

$2,000 cash back
THE SUBARU
LOVE SPR

GET A SUB

🔵 SUB

Questions/Comments??

