

Robert Betkey, SA
SAC Baltimore
40 S. Gay Street, Rm. 308
Baltimore, MD 21202
410-779-7622

BA07QR10BA0024
Bode

March 29, 2011

**SUPPLEMENTAL REPORT 2**

**CREDENTIALS OF THE COMPUTER FORENSIC EXAMINER**

This examiner is a Special Agent with Immigration and Homeland Security Investigations (HSI) within the Department of Homeland Security. This examiner has been an agent for the Federal Government for approximately twenty six years. This examiner is currently assigned as a Computer Forensic Agent (CFA) with the SAC/BA ICE office. This examiner has A+ certification and has completed a two-week Pre-requisite Computer Evidence Recovery Techniques course and a four-week Basic Computer Evidence Recovery Techniques course at the Federal Law Enforcement Training Center. Additionally, this examiner has completed several two-week Advanced Computer Evidence Recovery Specialist training sessions at the Cyber Crimes Center of ICE.

**DETAILS**
This case originated in LA, case number LA07QR09LA0025. A collateral lead was forwarded to the SAC Baltimore office for consideration. The cd received contained the captured chat and photos uploaded to the website by a person that chose their name at the beginning of the chat session, a free 6 power point explaining how the data was collected, the geo locator for the IP utilized by the person connecting to the Free6 server, and a htm file that shows all the captured pictures uploaded and text messages typed by or received by the user. The htm file is a database that shows the date created, username (from), username (to), external image screen (name of photo) or chat session screen, remote address, HTTP forward address, GEOip locator and either the picture uploaded or text typed by the user (sender).

Reviews of the data provided from the LA case agent reveal the following:
1. Dates for data capture: 2010-01-19 through 2010-01-26
2. User names/sessions (most likely recorded times are PST which is the location of the free6 server)
    a. DadsHome 2010-01-26, from 09:10:56 to 09:11:25
    b. DadonCam 2010-01-26, from 07:02:48 to 07:17:36
    c. DadonCam 2010-01-25 from 08:57:58 to 09:15:58
    d. DadonCam 2010-01-25 from 07:46:01 to 08:22:29
    e. Kim26Asian 2010-01-24 from 13:2439 to 13:26:22
    f. Kim26Asian 2010-01-21 from 10:59:00 to 11:12:39
    g. DadsHere 2010-01-21 from 09:45:09 to 09:53:15

    h. DadsHere 2010-01-21 from 07:40:13 to 08:24:57
    i. DadsonCam 2010-01-20 from 10:17:15 to11:45:39
    j. DadsonCam 2010-01-20 from 08:51:38 to 09:28:14
    k. DadsonCam 2010-01-20 from 06:46:53 to 07:03:02
    l. MR4Play 2010-01-19 from 09:59:20 to 10:28:20
    m. DadsHome 2010-01-19 from 08:02:43 to 08:39:49

3. The power point presentation from the LA case contains the following:
    a. Case agents names
    b. Warning banner 1 telling the user that post child porn is illegal
    c. Warning banner 2 ask for help by reporting any child porn
    d. What goes on inside a chat room public and private
    e. Show a sample of chat room
    f. How they are able to view the postings
    g. What the site admins see
    h. How they record/capture data

4. The LA database provided is the result of the agents' activities as administrators on the free6 website. They were monitoring/watching the activity on the website. When suspicious files were uploaded, they captured the content of activity.

5. The LA database has 7 pictures of him uploaded. In the text that follows he states:
    a. "Im 50:
    b. 'that's me" more than once
    c. "me" more than once
    d. "Hello from USA"
    e. "pic me"
    f. "see pic of me"
    g. "Im Larry 50 yr old divorced dad of 2"
    h. "Hello from the beaches in Maryland"
    i. "u see my pic"

As a result of the information received from LA case number LA07QR09LA0025, an affidavit for a search warrant was drafted and obtained by S/A Warchol on or about October 10, 2010.

1. The photo named ~2spa102.jpg, referenced in Indictment Count 1, 2 & 5 was uploaded a total of eight (8) times (there are 6 additional attempts to upload this file. Need information from case agent about the missing links in the database, total 14) during the above captured connection time periods on the Free6 website. The referenced file could not be located by name on the subject computer. A thumbnail file contained on the subject computer (identified as FTK FILE id 36501) was located in the directory path: /Documents and Settings/Larry/My Documents/My Pictures. Inside the Thumbs.db file you can see and read the filenames associated with the original filenames located in the My Pictures directory. The uploaded photo to free6 was named ~2spa102.jpg. This filename is the same name located in the Thumbs.db (36501) and the pictures appear to be the same. FTK file id 515807 is the thumbnail picture extracted from the Thumbs.db (36501). A full size picture of ~2spa102.jpg matching the filename referenced in each count is: kuS1xA+ot5TH3AmzWgVzJEVxp44 (FTK file id 10556). The original copy of this file can be located on the emachine: Path = /Documents and Settings/Larry/Local Settings/Temp/MessengerCache/kuS1xA+ot5TH3AmzWgVzJEVxp44. FTK file ID 568409 & 574803 were located in the Documents and settings/Larry/Local Settings/Temporary Internet Files/Content.IE5/. FTK files ID 568409 & 574803 indicate that the picture file (~2spal02.jpg) was downloaded through a yahoo mail account. There are no dates associated with this download (FTK file id 568409 & 574803).

2. The photo named -11radator.jpg referenced in Indictment Count 1, 2 & 5 was uploaded five (5) times (there are 5 additional attempts to upload this file. Need information from case agent about the missing links in the database, total 11) during the above connection time periods on the Free6 website. The referenced file could not be located by name on the subject computer. A thumbnail file contained on the subject computer (identified as FTK FILE id 36501) was located in the directory path: /Documents and Settings/Larry/My Documents/My Pictures. Inside the Thumbs.db file you can see and read the filenames associated with the original files that were once located in the my pictures directory. The uploaded photo to free6 was named -11radator.jpg. This filename is the same name located in the Thumbs.db (36501). FTK file id 515766 is the thumbnail picture extracted from the Thumbs.db (36501). A full size picture of the file was located on the emachine (-11radator.jpg) matching the filename referenced in each count is: g2HURN9kCRxIRvR4CQzPcjBdmxA (FTK File id 10548). This original copy of this file can be located on the emachine: Path = /Documents and Settings/Larry/Local Settings/Temp/MessengerCache/g2HURN9kCRxIRvR4CQzPcjBdmxA.

3. Indictment count #5, the additional photos. There were at least 17 other pictures uploaded to the Free6 website to support this count. A review of the Thumbs.db FTK id 36501. The database provide by the LA agents was used to determine the photos supporting this count. In addition there are numerous movies and files identified to also support this count.

4. The photo named rOpJjwOWuhHQ.aP5uAEiuw--_m.jpg referenced in Indictment Count three (3) (FTK # 4253) was received on or about 2/8/2010. The photo/file can be found in the directory path: documents and settings/all users/Applications Data/Yahoo!/Messenger/PhotoSharing/Sff36/. This photo was shared through a yahoo messenger chat session.

5. The series of files are video files referenced in indictment count four (4). The names are:
   a. AB4CDED-F9F9AFAEE555EA37D0E24FD1FA6C1E671D1053DED FTK ID 12764
   b. AB4CDED-F9F9AFAEE555EA37D0E24FD1FA6C1E671D1053DED FTK ID 16878
   c. AB4CDED-F9F9AFAEE555EA37D0E24FD1FA6C1E671D1053DED FTK ID 19858
   d. AB4CDED-F9F9AFAEE555EA37D0E24FD1FA6C1E671D1053DED FTK ID 21484
   e. AB4CDED-F9F9AFAEE555EA37D0E24FD1FA6C1E671D1053DED FTK ID 23267
   f. AB4CDED-F9F9AFAEE555EA37D0E24FD1FA6C1E671D1053DED FTK ID 23914
   g. AB4CDED-F9F9AFAEE555EA37D0E24FD1FA6C1E671D1053DED FTK ID 31264

The 7 video files collectively total 1minute: 17seconds of continuous running video. The screen reflects a time that shows the start time being 10:57:23 and ending at 11:02:22, totaling 5 minutes of recordation. The file video depicts a young girl sitting at her computer and responding to requests received. She also appears to type response.

6. The Thumbs.db FTK file 36501
   a. Is located in the documents and settings/Larry/My Documents/ My Pictures directory path.
   b. A total of 364 thumbnail unique pictures are contained within the database
   c. ~spal02 is depicted in the database.
   d. -11radator is depicted in the database.
   e. The database was created on January 08, 2010
   f. Of the 32 filenames identified in the LA database, 27 pictures captured while on the website, can be found within the Thumbs DB (FTK 36501).

7. Yahoo searches/search terms.
   a. Free6
      i. FTK file 315130 dated 11-14-09
      ii. FTK file 36000 dated 1-12-10
      iii. FTK file 29717 dated 1-18-10

       iv. FTK file 33089 and 36001 dated 1-19-10
       v. FTK file 16322 dated 1-21-10
       vi. FTK file 33193 dated 1-25-10
       vii. FTK file 35370 dated 1-26-10
       viii. FTK file 14690, 18113, 18688, 18779, 18780, 23478, 25060, 25075, 25075, 27467, 29737, and 29738, all 12 files dated 4-29-10
       ix. Other free 6 searches no date associated on file
          1. FTK file 216113
          2. FTK file 266012
          3. FTK file 268148
   b. Motherless – site visits
       i. FTK file 14594 dated 1/26/10
       ii. FTK file 19208 dated 1/27/10
       iii. FTK file 31278 dated 1/28/10
       iv. FTK file 18746 dated 2/1/10
       v. FTK file 12994 dated 2-16-10
       vi. FTK file 12547 dated 4/6/10
       vii. FTK file 14747 and 27236 dated 6/2/10
       viii. FTK file 8580 dated 6-2-10
          1. Larry @motherless.com
   c. Lolita.ru
       i. FTK file 14784 dated 4-29-10
   d. Incest taboo
       i. FTK file 575119 dated 10-23-09
       ii. FTK file 23477 dated 4-21-10
       iii. FTK file 31408 dated 4-22-10
       iv. FTK file 27846 dated 4-26-10
       v. FTK file 33107 dated 4-27-10
       vi. FTK file 14132 dated 5-3-10
       vii. FTK file 29846 dated 5-4-10
       viii. FTK file 25820 dated 5-9-10
       ix. FTK file 25172 dated 5-13-10
       x. FTK file 36108 dated 5-16-10
       xi. FTK file 19339 dated 6-2-10
   e. Mother and daughter incest
       i. FTK file 325654 dated 1-7-10
   f. Teen.ru
       i. FTK 14789 dated 4-29-10
   g. The Hotties incest
       i. FTK file 325750 dated 1-7-10
   h. Horneyteen.ru
       i. FTK file 14790 dated 4-29-10
   i. Voyeur and project
   j. Teens and lust

8. Total pictures uploaded to free 6 = 84 captured photos (there may be more but the link in the file did not present the picture). Many of the captures on the first 2 days indicate a file captured but no files are displayed when selected. More than 20 unique pictures. This is the summary of pictures uploaded and captured on the Free6 server.
   a. There were 7 pictures of Bode uploaded FTK #. The background is from his house in OC.
   b. The ~2spal02 was uploaded 8 times
   c. -11radator was uploaded 5 times
   d. A pair of young (possibly twins) girls uploaded twice
   e. Young girl sitting on mother was uploaded 3 times
   f. Young girl performing oral sex on an older female was uploaded 5 times

  g. 2 young teens standing side by side was uploaded once.
9. Pictures utilized while online at Free6 as Kim26Asian.
   a. The sources of the pictures appear to have been obtained through a Yahoo chat/photosharing session.
   b. The pictures are:
      i. 0.jpg four times
      ii. 002.jpg, three times
      iii. 03.jpg, four times
      iv. 04.jpg
      v. @460strap-on
   c. The user indicates that they are from NY
   d.

10. Stories about incest.
    a. FTK 18532 a cold winters night. Downloaded and Viewed on 1-24-2010.
    b. FTK 21086 Showstory. Downloaded and viewed 1-8-10. Involves a mother son and daughter.
    c. FTK 23446 my son morgan. Downloaded/viewed On 1-10-10. About a mother and son
    d. FTK 29105 kristi and her dad. Downloaded and viewed on 1-26-12. About a mother and son
    e. FTK 29123 Mommy's help. Downloaded and viewed on 1-10-10. About a mother and son
    f. FTK 31344 Caught by mom. Downloaded and viewed on 1-14-10. About a mother and son
    g. In addition, there are 13 files with suggestive titles about incest (review) but cannot be viewed since they have been deleted

11. User names identified on this computer
    a. Larry_Loans@yahoo.com
       i. FTK file 424303 dated 2-1-10
          1. From larry_loans@yahoo.com
          2. To yvilkitty@live.de
          3. Add larry_loans@hotmail.com
       ii. FTK file 424305 dated 2-22-10
          1. From larry_loans
          2. To sandyweiss2000
          3. Picture B489BAA attached
       iii. FTK file 424306 dated 4-27-10
          1. From Larry_loans
          2. To Sandyweiss2000
          3. Contains link to http://six.clubetchi.com/6times/content
             a. The site has lots of sex stories
    b. Sandy36
       i. FTK file 31468 dated 6-2-10
          1. Logged into Incest taboo forum site on June 2, 2010
       ii. FTK file 309931 dated 11-5-09
          1. Last visit to site was today
       iii. FTK file 312792 dated 1-6-10
          1. Last visit to site was today
       iv. FTK file 319570 dated 1-4-10
          1. Thank you for logging in
       v. FTK file 320748 dated 1-5-10
          1. You last visited on 12-31-09
       vi. FTK file 321055 dated 1-6-10

            1. You last visited yesterday
        vii. FTK file 328149 dated 1-7-10
            1. You last visited today
    c. Bisandy/bisandy36
        i. www.mate1.com
        ii. Bisandy3634 (FTK 325890 & 328175)
        iii. Meet Maryland singles
        iv. Members log in
        v. FTK 594111 shows the user name as bisandy36
        vi. FTK file 16399 dated 5-31-2010
            1. Project Voyeur
            2. Shows who logged in
            3. Member since 3-24-2008
        vii. FTK file 21775 dated 2-15-10
            1. Projects voyeur
            2. Member since 3-24-08
        viii. Bisandy36@hotmail.com (FTK 82050 dated 6-2-10)
            1. FTK 10278 shows Hotmail account
        ix. IEF 4-5-12 Yahoo webmail #16
            1. Email from project voyeur

    d. Sandyweiss2000
        i. FTK file 317705 login to Yahoo IM dated 11-14-09
            1. Chat between Larry and Sandyweiss2000
        ii. FTK file 318656 login to Yahoo IM dated 12-2-09
            1. Chat from sandyweiss2000 - Kara
        iii. FTK file 424305 Yahoo email dated 2-22-10
            1. Email from Larry_Loans
            2. To sandyweiss2000
            3. Picture B489BAA transferred
        iv. FTK file 581436 dated 3-23-10
            1. User name Larry
            2. Msg file of sandyweiss2000
        v. FTK file 576476 dated 4-19-10
            1. User name Larry
            2. Msg file of sandyweiss2000
        vi. FTK file 579268 dated 4-21-10
            1. User name Larry
            2. Msg file of sandyweiss2000
        vii. FTK file 580536 dated 4-28-10
            1. User name Larry
            2. Msg file of sandyweiss2000
        viii. FTK file 581824 dated 4-29-10
            1. User name Larry
            2. Msg file of sandyweiss2000
        ix. FTK file 574818 dated 5-5-10
            1. User name Larry
            2. Msg file of sandyweiss2000
        x. FTK file 588261 dated 5-13-10
        xi. FTK file 587729 dated 5-13-10
            1. User name Larry
            2. Msg file of sandyweiss2000
        xii. FTK file 582945 dated 5-17-10
            1. User name Larry
            2. Msg file of sandyweiss2000
        xiii. FTK file 586079 dated 5-24-10

                1. User name Larry
                2. Msg file of sandyweiss2000
            xiv. FTK file 583546 dated 5-31-10
                1. User name Larry
                2. Msg file of sandyweiss2000
            xv. FTK file 580790 dated 6-1-10
                1. User name Larry
                2. Msg file of sandyweiss2000
            xvi. FTK file 579860 dated 6-2-10
                1. User name Larry
                2. Msg file of sandyweiss2000
            xvii. FTK file 568282 Yahoo email no date
            xviii. FTK file 424305 Yahoo email no date
            xix. FTK file 568282, 569115, 570620,
            xx.  570756, 50869, 570756, 571137, 572280, 574485, 575956, 578170, and 582642. All eleven (11) files did not have a date associated with the entry
            xxi. File 476245 and 424305 dated February 22, 2010 show email between:
                1. To Sandyweiss2000
                2. From Larry Bode @ larry_loans
                3. Transferring file B489BAA.jpg
                4. FTK 513900 no date
                5. Picture appears to be the Weiss girls
            xxii. File 312669 dated 1-6-2010 is an email between
                1. To SandyWeiss2000
    e. DadsHome
        i. Named used on free6
        ii. FTK file 1037 reflecting banned user
        iii. Have file located, FTK #4911 named uinfo.sol that contains the username
            1. File indicates username, the words bannedIP, and the IP address of 173.13.192.238.
        iv. The date/time this file was created is 1/26/2010 @ 9:16:32 AM
        v. The last record captured and reflected on the data received from LA is with the username DadsHome, 2010-01-26 @09:11:25
        vi. The picture uploaded at 09:11:10 was -11radator.jpg
    f. DadonCam
        i. Used on Free6 site
    g. DadsHere
        i. Used on Free6 site
    h. Mr4Play
        i. Used on Free6 site
        ii. Girlgonegeek (FTK 444538)
    i. Kim26Asian
        i. Used on Free6 site
    j. Paul Weiss
        i. IEF 4-5-12 yahoo webmail #11
        ii. Email received from taboo site
        iii. Notification from Facebook mail, which means he had access to this Facebook account
        iv. This computer was used to access the email account of Paul Weiss (most likely a Hotmail or yahoo account

12. Other places he used the login names on free6
    a. www.zoig.com
        i. Mr4Play
        ii. This is an amateur porn website
    b. www.adultfriendfinder.com

      i. Mr4Play
      ii. Mr4Play45

13. His photograph is captured/uploaded to the Free6 seven (7) times.

14. There are corresponding Free6.com access dates located on the computer in the documents and settings/Larry/Local/Temporary Internet Files/Content.IE5/... on the following dates
    a. January 12, 2010
    b. January 14, 2010
    c. January 18, 2010
    d. January 19, 2010
    e. January 21, 2010
    f. January 24, 2010
    g. January 25, 2010
    h. January 26, 2010

15. Internet Evidence Finder (IEF) 5 results from 4-5-12
    a. File name: Access dates for free6.xlsx
        i. Found in the computer Username Larry
        ii. Usernames
            1. Larry_loans
            2. Sandy36 (IEF# 18)
            3. DadsHome (311)
            4. DaddysHome (498)
            5. DadsHere (550)
            6. Dadsoncam
            7. Sandyweiss2000@yahoo.com
            8. Sandyweiss
            9. Paul Weiss
                a. Received Facebook messages from others
            10. Mr4Play
            11. Bisandy
            12. Bisandy36
            13. Gal277@yahoo.com
        iii. Cache records begin with:
            1. 8-10-06
            2. 11-19-08
                a. Appears that pictures were exchanged/shared on a regular basis
            3. The last date for this extract is 12-14-09
    b. File name: Larry chat recommended free6.xlsx
        i. User name larry_loans
        ii. Date 12-10-09
        iii. Message = cool you go online to free6 with her
    c. Email accounts of those that sent emails are there
    d. There are yahoo groups sending messages to the sandyweiss2000 account
    e. YouTube username is sandyweiss2000@yahoo.com
    f. Email from Larry_loans to sandyweiss2000
    g. Attached pictures were saved into My Pictures directory, you can see them in the Thumbs.db (FTK36501)

The Thumbs.db FILE id 36501 existed on the emachine. It was located in: /Documents and Settings/Larry/My Documents/My Pictures folder on the emachine. When you view the Thumbs 36501 file with a thumbnail viewer, the above pictures (Line 8) are contained therein. None of the original pictures files are in the Larry/My Documents/My Pictures directory. The existence of the

thumbnail in this directory indicates that the files once existed in the directory. Those specific named files

**RESULTS OF EXAMINATION**

This report is a Supplemental Report of the forensic findings, to date, conducted on the emachine computer media, based solely upon the searches identified. The report may not be inclusive of all potential evidence contained on the computer media referenced in this report. Any additional forensic analysis conducted on the referenced computer media will be documented in future reports.

**End of Report.**