


# the smoking gun SINCE 1997




LOGIN | SIGN UP

DOCUMENT: Sex, Crime

DECEMBER 8, 2010

## Porn Site Gave Federal Agents Free Rein

*Probers secretly monitored Free6.com for 16 months*

Tweet 57   Share   Like   38 people like this.
Comments(4)



Free6 Warrant

DECEMBER 8--The operators of a notorious pornography web site granted federal agents administrative access to the site, giving investigators the ability to monitor traffic and public and private chats in an effort to identify users trading "a significant amount of child pornography," records show.

Beginning in October 2008, U.S. Immigration and Customs Enforcement (ICE) agents secretly monitored activity on Free6.com from inside the porn site, which launched in 1998. That covert operation ended earlier this year when Los Angeles-based ICE agents discovered that the web site "had been removed from the Internet by the company responsible for hosting the website."

To determine what happened to the site, agents assigned to the Child Exploitation Investigations Group (CEIG) subsequently contacted a Free6.com administrator with whom they had previously worked. It was then that they learned the man was "incarcerated in the Philippines and facing charges for running an adult pornography business contrary to Filipino law."

The government's Free6.com contact is not identified in a recent ICE affidavit, excerpted here, that discloses the agency's 16-month run as a shadow administrator of the porn site. It is unknown how many criminal cases have been made as a result of ICE's monitoring of Free6.com, though TSG has identified two men who have been charged this year with trading child porn in its chat rooms.

According to the ICE affidavit, agents began investigating Free6.com since visitors had been misusing the site's chat function to traffic illicit images (probers noted that the site "appears to be a legal website featuring adult pornography"). When Agent Neil Burdick contacted the site seeking help in obtaining IP addresses of individuals posting child porn, "cooperative" Free6.com administrators volunteered to assist ICE investigators.



In October 2008, ICE was given an administrative password that gave agents "the ability to review all traffic taking place in the Free6 chat rooms, both public and private chats." With the password, law enforcement officials "were able to view all logged chats/posts made from the same screen name, or the same IP address." This administrative access gave agents a remarkable opportunity to monitor--in real-time or after-the-fact--the violation of child porn laws.

While Free6.com included a notice warning that the posting of "child pornography or other illegal material" would be reported to "local authorities," Burdick had site administrators add a line noting that, "Free6.com may disclose these communications to the authorities at its discretion."

Though some bloggers have speculated about whether law enforcement officials have secretly been given administrative access to sites where users have been known to post child pornography (like 4chan), the Free6.com arrangement is



ADVERTISEMENT

DOCUMENT: Undercover FBI Porn Site Snares Federal Agent

BUSTER: Stung By FBI, Perverted State Department Employee Pleads Guilty in Child Porn Case

DOCUMENT: Undercover Web Site Derailed By Hosting Firm

BUSTER: Tip From 4chan Leads To Arrest Of Site Visitor On Child Porn Charges

DOCUMENT: Feds Raid Boy's Home Over 4chan Child Porn Post



The Smoking Gun — Like

50,865 people like The Smoking Gun.

Facebook social plugin



DOCUMENT: Internet   JANUARY 31, 2013

**Pastor Apologizes For Snide Remark On Meal Receipt**

St. Louis woman says she got waitress fired for online leak

apparently the first such compact to be disclosed by investigators. (4 pages)

Tweet    Share    Like 38

Free6.Com, Child Pornography

| DOCUMENT | DOCUMENT |
|---|---|
| Bea Arthur Was A Truck-Driving Marine | Woman Busted For Bloody Tongue Assault |



Add a comment...

Comment

Facebook social plugin

**DOCUMENT:** Internet, Crime    FEBRUARY 1, 2013
**Friday Photo Fun Match Game**

**DOCUMENT:** Sex, Crime    JANUARY 29, 2013
**Oklahoma Couple Cited For Naked Truck Stop Antics**

1.
**DOCUMENT: Pastor Apologizes For Snide Remark On Meal Receipt**

2.
**BUSTER: Man Attacks Ex-Girlfriend Inside Ohio Courtroom Where Victim Was Seeking Order Of Protection**

3.
**DOCUMENT: Oklahoma Couple Cited For Naked Truck Stop Antics**

4.
**DOCUMENT: Police Sting Nets "Cougar," 71, On Prostitution Rap**

5.
**BUSTER: Despite Arrest For Shoplifting, Tennessee Man Leaves Walmart With A Smiley Face**

Submitted by pahalik on Wed, 2011-03-09 17:02.
So the feds had access to all the smut they could eat for 16 months at no charge? It's good to be the kings. Oh yeah, I almost forgot. Thanks feds for keeping me "safe" from all the evils in the world.

Submitted by riggarob on Thu, 2010-12-09 18:10.
The world is a sewer, and as we all know, "liquid seeks it's own level".

Submitted by GeeK on Wed, 2010-12-08 20:49.
They need to check out Justin.tv. A social webcam site. So many men perving on young teenage girls. Show boobs, get naked, show feet, go to tinychat, etc. Personal emails and phone numbers being posted in chats. And naked girls and guys jerking showing up on the social page. The admins and staff do nothing but ban some of the people who report. Pretty disgusting watching a 30 year old man asking these young girls to get naked and no admins monitoring this kind of stuff or banning the pedophiles. Justin.tv even allows broadcasts of cockfighting and bullfighting.

Submitted by Duude on Fri, 2010-12-10 10:14.
I've watched plenty of broadcasts on Justin.tv. I've never seen anything you're describing here. A couple of times I've seen people put up porn only to have it taken down shortly thereafter. Clearly, you have ulterior motives to slander. I figure you're one of those pervs that got shut down.



NEWS READERS
— WITH LOUIS LA FONDA —
THURSDAYS AT MIDNIGHT
[adult swim]

ADVERTISEMENT

© 2013 TheSmokingGun.com is part of Adult Swim and the Turner-SI Digital Network. All Rights Reserved.

Home   Documents   Buster   Backstage   Mug Shots   Time Waster   About
Privacy Statement   Ad Choices   Submit a Tip   Sign Up For TSG's Newsletter
Terms of Use

Corporation and is maintained by Microsoft Corporation in the United States. The information requested by this search warrant is located on the Microsoft Corporation computer network maintained at the company's U.S. facilities.

### E. FACTUAL BACKGROUND

11. ICE has been investigating a website called www.Free6.com ("Free6"). Free6 appears to be a legal website featuring adult pornography. However, Free6 has an Internet chat function that allows users of the site to chat on-line and trade images with each other. Certain individuals have been misusing this chat function to trade child pornography. No registered account is necessary for an Internet user to chat on Free6; all one has to do is log on to the website and select a screen name for that chat session. The next time that person logs on, he must again select a screen name, and there is no requirement that the person select the same screen name he used before. Thus, numerous different screen names could actually be the same individual.

12. Los Angeles ICE Special Agent (SA) Neil Burdick, of the Child Exploitation Investigations Group (CEIG), has advised me that while proactively monitoring the Internet for violations related to federal child exploitation statutes, he discovered a publicly accessible website known as "www.Free6.com." This website offered some items for free viewing, such as images and links to various adult pornography websites. The Free6 website also offered a special "chat" feature where users were able to access an assortment of different "rooms." In these Free6 chat rooms, a user was able to hold online text conversations, post messages, photos, graphics etc., to the entire room. A user was also able to have "private" chats that were visible only to a specific user. This affidavit describes the posting of child pornography through this

chat function on Free6.[1]

13. For a Free6 user to access any of the Free6 chat features, the user had to go through a number of steps, including setting up a screen name and agreeing to abide by Free6 chat room rules.

14. First, the user would go to the main Free6 home page, and click on a button labeled "chat." That took the user to a webpage where s/he was required to indicate whether s/he was male or female, and then select a screen name for that chat session. Free6.com did not require users to enter their true identity or to register in any way with the website. The screen name did not act as any sort of permanent account; it was only valid for the user's current chat session. Users were able to use different screen names each time they logged into the chat portion of the website.

15. The webpage on which a user selects a screen name also showed the following warning banner:

> "The Free6.com Chat rules
>
> Posting photos, graphics or cartoons showing persons under 18 years of age is not allowed. Child pornography or other illegal material will immediately be reported to the posters local authorities. Requesting images of the above nature is not allowed. Spamming or advertising for websites or products is not allowed. Users breaking these rules will be banned. All posted pictures and conversations, public and private, are logged and supervised."

16. Once the user entered a screen name on the page featuring the first warning banner, s/he clicked on a button that said "Log In." This took the user to a second warning

---

[1] At any given time there could have been thousands of users on the Free6 website using the chat function. For example, on September 25, 2009 at 2:40 p.m., SA Burdick saw that there were 1,400 people logged in to Free6 chat rooms.

banner. This page featured a picture of a young girl and the words:

"CHILD PORNOGRAPHY...

BEHIND EVERY PICTURE THERE IS PAIN!

HELP US REPORT IT!

Posting photos, graphics or cartoons showing persons under 18 years of age is not allowed. Child pornography or other illegal material will immediately be reported to the posters local authorities. Requesting images of the above nature is not allowed. All posted pictures and conversations, public and private, are logged and supervised. Free6.com may disclose these communications to the authorities at its discretion."[2]

17. Underneath this warning was a button marked "ACCEPT." A user was required to click on the button indicating that they accepted the warning in order to proceed to the chat portion of the website. Thus, each time a user wished to chat on Free6, s/he must first have viewed the warning, including the sentence that Free6 may disclose the communications to the authorities, and indicated that that s/he accepts it. One was not able to use the chat function by bypassing the warning, because even if a user had the specific Internet address of the chat room, they would have had no screen name to chat under.[3]

18. SA Burdick first entered the Free6 chat rooms in October 2008. Despite the warnings against posting child pornography, however, SA Burdick noticed that many of the users appeared to be posting images containing child pornography. These posts were

---

[2] With the exception of the last sentence in this warning, this process and these warnings remained unchanged from the time SA Burdick first accessed the site in October 2008 until February 26, 2010 when the website was shut down. On February 13, 2009, Free6 added the last sentence in this warning, which states "Free6.com may disclose these communications to the authorities at its discretion." at SA Burdick's request.

[3] A user only needs a screen name to use Free6's interactive chat functions. A user can browse the website portion without obtaining a screen name, and without accepting the particular warning outlined above. This affidavit pertains to the posting of child pornography through the chat function.

12

in the public chat rooms, available to anyone who logged onto Free6.

19. On October 7, 2008, SA Burdick contacted the administrators of Free6 via e-mail, asking for help in identifying the IP Addresses of the individuals posting child pornography. SA Burdick informed me that Free6 was cooperative with law enforcement efforts, and that they volunteered to assist ICE in identifying individual trading child pornography on the website. Shortly thereafter, and sometime in October 2008, Free6 gave ICE an administrative password, granting law enforcemer access to the administrator's section of Free6. This allowed agents to see the IP Addresses of the persons making posts on Free6. It also gave law enforcement the ability to review all traffic taking place in the Free6 chat rooms, both public and private chats.[4] SA Burdick noticed a significant amount of child pornography being traded on Free6 in private chats. With the administrative password, law enforcemen officials were able to view all logged chats/posts made from the same screen name, the same IP Address.

20. On February 26, 2010, Los Angeles CEIG Special Agents noticed that both the mair portion of, and the chat portion of www.free6.com had been removed from the internet by the company responsible for hosting the website. Los Angeles CEIG Special Agents subsequently contacted one of the administrators with whom they ha communicated with in the past, and discovered that this man was currently incarcerated in the Philippines and facing charges for running an adult pornography business contrary to Filipino law.

---

[4] Chat rooms on Free6 are "public" when any user may join a particular chat session. They are "private" when individual users open their own chat streams with another user, or users, of their choice. These "private" chats are invitation-only.