REQUESTED BY: WARCHOL, ELIZABETH T

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N | PAGE    1 |
| | CASE NUMBER BA07QR10BA0024 |

TITLE: FREE6.COM

CASE STATUS:     INTERIM RPT

| REPORT DATE 101910 | DATE ASSIGNED 071510 | PROGRAM CODE 439 | REPORT NO. 006 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
SEARCH WARRANT REPORT //   INVESTIGATIVE FINDINGS

TOPIC: SEARCH WARRANT EXECUTED AT 163 WINTER HARBOR DRIVE, OC, MD

SYNOPSIS:
On or about July 06, 2010, SA Warchol received a collateral request from
SAC/LA involving an individual, further identified as Laurence BODE, that
allegedly distributed images of child pornography via the website,
ww.Free6.com.  Summons information received from BODE'S internet service
provider indicates that BODE resides in Ocean City, Maryland.  This is a
collateral request from SAC Los Angeles, case number LA07QR09LA0005, and will
be opened under SAC Baltimore's new case number, BA07QR10BA0024, for the
purpose of continuing the investigation.  SAC Baltimore will continue to
reference the collateral case number through the new Baltimore case number.

This ROI details execution of a Federal Search and Seizure warrant involving
163 Winter Harbor Drive, Ocean City, Maryland, 21842.

| DISTRIBUTION: SACBA | SIGNATURE:    WARCHOL       ELIZABETH  T  SPECIAL AGENT |
|---|---|
| | APPROVED: MCGARVEY       FRANCIS   J  OI GRP SUPERVISOR |
| | ORIGIN OFFICE: BA BALTIMORE, MD - SAC | TELEPHONE: 443 630 5016 |
| | | TYPIST: WARCHOL |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Bode00010

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 2 |
|---|---|
| | CASE NUMBER BA07QR10BA0024 |
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | REPORT NUMBER: 006 |

CASE PROGRAM CODES:

439 CUC OP PARAISO (LA)    1S1 OPERATION PREDATOR    SS4 ANGEL WATCH
S1G TWISTED TRAVELER       YT1 Child Exploitation a   A1Q FREE6
C7B SAC BA EAST SHORE IN

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
CLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

Bode00011

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE 3 |
|---|---|
| | CASE NUMBER BA07QR10BA0024 |
| | REPORT NUMBER: 006 |

DETAILS OF INVESTIGATION:

On 10/05/2010, SA Warchol had the Federal Search and Seizure warrant signed In the United States District Court for the District of Maryland. The US Magistrate Judge, James K. Bredar, viewed two of the images and they will be referred to as "Exhibit A" and "Exhibit B":
    "Exhibit A" depicts two naked minor females, one standing behind the other in a sexually suggestive pose where each female is touching the other's pelvic area and both are facing the camera.
    "Exhibit B" depicts a naked minor female sitting on top of a nake adult female while grabbing her breasts in a sexually suggestive manner.

On 10/08/2010 at approximately 0707 hours, Homeland Security Investigation (HSI) Agents, RAC Ocean City assisted by the Ocean City Police Department executed a Federal Search and Seizure warrant at 163 Winter Harbor Drive, Ocean City, Maryland, 21842. Present at the residence at the time of the execution of the search warrant was Laurence J. BODE and his wife, Nicola A. Thyen. Both subjects were cooperative and the operation was completed without incident.

Property seized from 163 Winter Harbor Drive, Ocean City, Maryland, 21842, via ederal Search and Seizure Warrant #10-3798-JKB.

| | | |
|---|---|---|
| Item #001 | (1) | AT&T Cell Phone |
| Item #002 | (1) | LG Cell Phone |
| Item #003 | (1) | Memorex CDR, "OC MD) |
| Item #004 | (1) | Windows 2000 CDR |
| Item #005 | (1) | Sony CDR 700 MB, no writing |
| Item #006 | (1) | Staples CDR "Very Best of Frankie Vallin" |
| Item #007 | (1) | Memorex CDR "Larry's Songs" |
| Item #008 | (1) | EMachine Gateway, SN# 0029925792 |
| Item #009 | (1) | Dell Dimension 3000, Service Tag# 926HQ71 |
| Item #010 | (1) | AT&T Cell Phone, model# 8525, SN# HT731F201496 |
| Item #011 | (1) | Linksys WRK54G, SN# CGT000202950 |
| Item #012 | (1) | Linksys WRK54G, SN# CDFA0E885405 |
| Item #013 | (1) | Nokia AT&T Wireless Cell Phone w/charger |
| Item #014 | (1) | Memorex CDR "Encompass 3.0" |
| Item #015 | (1) | Blackberry 5700C, SN# 4316300420 |
| Item #016 | (1) | Motorola Razor, SN# D54PFV2L07 |
| Item #017 | (1) | Nokia RM-455, SN# 93232650V |
| Item #018 | (1) | Bag containing 3 miscellaneous documents |
| Item #019 | (8) | Miscellaneous 3.5 Floppy Discs |
| Item #020 | (11) | Miscellaneous DVD/CD's |
| Item #021 | (17) | Miscellaneous Logins/Passwords |
| Item #022 | (7) | Miscellaneous Chargers |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    4 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | CASE NUMBER BA07QR10BA0024 |
| | REPORT NUMBER: 006 |

Item #023      (1) Miscellaneous Financial Documents

Laurence BODE was given a copy of the warrant and a list of all items seized. At approximately 1010 hours, the search warrant was completed and all HSI Agents and local police departed the residence.

This investigation continues.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.