IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. ELH-12-0158 |
| **LAURENCE J. BODE,** | * | |

\* \* \* \* \* \* \* \* \*

### MOTION FOR A HEARING PURSUANT TO *FRANKS V. DELAWARE*

The Defendant, Laurence J. Bode, through undersigned counsel, hereby respectfully moves this Honorable Court for a hearing pursuant to *Franks v. Delaware*, 438 U.S. 154, 155-56 (1978). In support of this Motion, Mr. Bode submits the attached Memorandum of Law, and hereby incorporates by reference the Motion to Suppress Tangible and Derivative Evidence and accompanying Memorandum of Law and Exhibits. Investigation is ongoing and defense counsel, therefore, reserves the right to supplement this motion as additional information becomes available.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, and to be supplemented in the Reply and at the motions hearing, Mr. Bode requests that this Court conduct

a hearing pursuant to *Franks v. Delaware*, 438 U.S. 154, 155-56 (1978), and for such other and further relief that this Court deems appropriate.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland


/s/
JULIE L.B. JOHNSON (#27746)
Staff Attorney
6411 Ivy Lane, Suite 710
Greenbelt, Maryland  20770
Tel:  (301) 344-0600
Fax:  (301) 344-0019
Email: julie_johnson@fd.org

/s/
EBISE BAYISA (#91857)
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland  20770
Tel:  (301) 344-0600
Fax:  (301) 344-0019
Email: ebise_bayisa@fd.org

**REQUEST FOR HEARING**

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the defendant's motion.

/s/
JULIE L.B. JOHNSON
Staff Attorney