IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. ELH-12-158 |
| LAURENCE JOHN BODE | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is, this 21st day of August, 2013, by the United States District Court for the District of Maryland, ORDERED that Defendant's Motion to Suppress Evidence (ECF 32) is DENIED.

/s/
Ellen Lipton Hollander
United States District Judge